# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ,

V.

MARK LINN BRYAN ,

**SUMMONS IN A CIVIL CASE**

CASE NO: 2:18−CV−00424−JAM−DB ·

*[handwritten: ERRONEOUS PRESENTMENT RETURNED FOR CAUSE]*

**FILED**
MAR 0 8 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

TO:  **Mark Linn Bryan**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Guy Patrick Jennings**
**United States Department of Justice**
**P.O. Box 683**
**Washington, DC 20044**

an answer to the complaint which is served on you with this summons, within **21** days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.



**MARIANNE MATHERLY**

CLERK

**/s/  J. Hellings**

(By) DEPUTY CLERK

ISSUED ON 2018−02−26 15:00:33.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE *3/2/2018* |
| NAME OF SERVER *(PRINT)* *David Barbearo* | TITLE *Revenue Officer* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
*Signature of Server*

_____
*Address of Server*

# ADMINISTRATIVE NOTICE AND DEMAND FOR
## IDENTIFICATION AND CREDENTIALS
## QUO WARRANTO
## FOR MARIANNE MATHERLEY

This "Good Faith Presentment" is presented to **Marianne Matherley** for purposes of obtaining full disclosure of identification under and determining under what authority, office, and capacity the Recipient appears to approach the presenter.

This Administrative Notice, duly served on you, and deemed actual, constructive and sufficient notice, requires that you provide to the presenter, within ten days from the time of presentment, copies of the below listed documents, said copies to be certified and exemplified in accordance with 1 Stat 122 and 2 Stat 298 and FRCP Rule 902, under Article [the] VI of the Constitution for the United States of America, Anno Domini 1789, with Articles of Amendment Anno Domini 1791.

1.      Oath of Office (Title 5 U.S.C. §3331 California Constitution Article XX Section 3)
2.      Officer Affidavit (Title 5 U.S.C. §3332) and/or
3.      Employee Affidavit (Title 5 U.S.C. §3333)
4.      Surety Bond (Title 5 U.S.C. §2901 & D.C. Code 11-7040)
5.      Registration (Title 22 U.S.C. §611 and §612)

Your failure, refusal, and or neglect to fully and timely comply will set, for the record, as ultimate fact(s) that you are acting without authority, office, and/or capacity as an officer, official, or agent for any original jurisdiction non-corporate governmental "United States of America" pursuant to the Constitution for the United States of America, Anno Domini 1789) with Articles of Amendment Anno Domini 1791, to approach presenter.

It is presumed and/or assumed that it is your duty and fiduciary obligation to provide the above information, in a timely and truthful manner.

I do not give you license to make any legal determinations for me.

Silence equates with fraud/dolus.

This administrative Notice and Demand is not intended to hinder, delay, obstruct, intimidate, or in any way threaten anyone, but is simply a means of invoking recipient's duty to act pursuant to the above quoted statutes, which apply to the recipient in recipient's official capacity, for lawful disclosure of vitally needed information.

Should recipient not timely and fully comply, it will be deemed, by tacit admission, your implied consent to a challenge, pursuant to a petition for a Writ of Quo Warranto (63 AmJur 2nd 5.441), to your authority, in a court of correct jurisdiction.

Any further contact, instructions, directions, documents transferred from you, to me by means of postal delivery or electronic means, leaves you open for prosecution, by the proper authorities, for mail fraud and/or wire fraud, until such time as you have properly and fully identified yourself, pursuant to the above quoted statutes, and

If you have any objections or competent reasons as to why you cannot comply with this Administrative Notice you must put them in writing, stating all supporting evidence, signed by ;you within the time herein stated.

Respectfully presented this Fifth day of March, 2018

(L.S.) _____ In Original Jurisdiction
Mark Linn Bryan, a man and Citizen of California Republic
c/o P.O. Box 240
Victor, California

From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California

To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

AND

MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

Reference
SUMMONS IN A CIVIL CASE
Case No: 2:18-CV-00424-JAM-DB
signed by J. Hellings, DEPUTY CLERK
AND
UNITED STATES OF AMERICA'S AMENDED
COMPLAINT TO REDUCE FEDERAL INCOME TAX
ASSESSMENTS TO JUDGMENT
Case Number: 1:18-cv-00238-DAD-SAB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Signed by Attorney G. PATRICK JENNINGS

RETURN OF "UNACCEPTED" SUMMONS IN A CIVIL CASE
ISSUED ON 2018-02-26 signed by J. Hellings, DEPUTY CLERK,
and RETURN OF ERRONEOUS PRESENTMENT ENTITLED
" UNITED STATES OF AMERICA'S AMENDED COMPLAINT

TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT"
dated February 21, 2018 signed by G. PATRICK JENNINGS, Trial Attorney
for McGREGOR W. SCOTT, United States Attorney
United States District Court Eastern District Of California

For the Record: EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I, Mark Linn Bryan, , hereinafter I, Me, my or mine am competent to handle my own commercial
affairs. I am, however, not trained in the law or the procedures of law, nor have I been able, as of
this date, to retain competent assistance of counsel to advise me in this matter.

NOTICE: I grant MARIANNE MATHERLEY, clerk United States District Court Eastern
District Of California, hereinafter "clerk", limited authority to maintain a record of the
negotiations in the above referenced case in a Court of Record. All documents sent by me will be
marked by you FILED ON DEMAND and placed into the file of the case and will be made
available to the public for inspection. Conformed copies of all documents will be mailed to my
above referenced location when accompanied by a self addressed envelope with adequate postage
paid and more than two copies included.

I am aware of the attached SUMMONS IN A CIVIL CASE issued on 2018-02-26 signed by
signed by J. Hellings, DEPUTY CLERK, hereinafter "summons", and the UNITED STATES OF
AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX
ASSESSMENTS TO JUDGMENT, hereinafter "complaint" signed by attorney G. PATRICK
JENNINGS for McGREGOR W. SCOTT, United States Attorney, Case No. 1:18-cv-00238-
DAD-SAB, dated February 21, 2018. I declare the summons and complaint to be an offer on the
part of MARIANNE MATHERLEY, clerk, McGREGOR W. SCOTT, United States Attorney,
and G. PATRICK JENNINGS, Trial Attorney, hereinafter "respondents, you or your" to be an
offer to interfere and trespass on a private matter for which there is no evidence in the record of
your authority to interfere or trespass.

It is presumed that Case No. 1:18-cv-00238-DAD-SAB is an activity in commerce.

I do not agree to give respondents or the UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA, hereinafter "court", license to make any legal
determinations for me, nor is it my intention ever to do so without proof of obligation to do so.

I declare that the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
CALIFORNIA is foreign to my venue and jurisdiction.

NOTICE: At no time in this or any future negotiations do I agree to give to anyone license to make legal determinations for me, including but not limited to respondents, without a written Power of Attorney, signed by me, in red ink and sealed by me with a red thumb print stating with particularity the limits of that Power of Attorney. Lest there be any doubt, I hereby fire you, and do not consent to be bound by any legal determinations that the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, G. PATRICK JENNINGS, Trial Attorney, or McGREGOR W. SCOTT, United States Attorney might make affecting me or my private commercial affairs.

NOTICE: is given to UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, and respondents that the SUMMONS IN A CIVIL CASE, accompanying the referenced complaint, is returned unaccepted in accordance with all applicable rules, without dishonor, for valid reasons including, but not limited to (1) An inherent conflict of interest where the proposed judge and attorneys are apparently employees of the Plaintiff in this case, (2) The lack of evidence, in the record, that the Court is a court of strictly judicial character, (3) Lack of evidence, in the record, that the court agrees be bound only by the Constitution for the united States and constitutionally compliant laws, rules, and regulations, (4) Lack of evidence, in the record of my mandatory obligation to perform according to the referenced SUMMONS IN A CIVIL CASE or to be subject to its provisions.

NOTICE: is given to The Clerk of Court, that the offer on the part of the court to arbitrate a private dispute, entitled SUMMONS IN CASE No. 2:18-CV-00424-JAM-DB is hereby returned, unaccepted and "justifiably refused" for cause.

NOTICE: is given to G. PATRICK JENNINGS, Trial; Attorney, McGREGOR W. SCOTT, United States Attorney, hereinafter "you or your" that the summons and complaint is returned as erroneous. You are commanded to meet the following conditions, and provide the following information, prior to any further attempt to establish a contract with me, or prosecute this case:

1. Respondents are commanded to deliver to me certified copies of the foundational documents containing my valid signature that would mandate that I contract with you.
2. You are commanded to deliver to me evidence that the Plaintiff, UNITED STATES OF AMERICA exists and has standing to sue me.
3. You are commanded to provide me with evidence that the Plaintiff, UNITED STATES OF AMERICA has the power to lay and collect taxes from me.
4. Respondents are commanded to identify which of the several UNITED STATES OF AMERICA you are referring to as Plaintiff, including its date of creation and identification of its creators, as there appear to be several definitions of the term UNITED STATES OF AMERICA.
5. Respondents are commanded to deliver to me the evidence that the Plaintiff UNITED STATES OF AMERICA is a republican form of government.
6. Respondents are commanded to deliver to me the evidence that the rules, laws, statutes, codes, regulations, and/or contracts that are referred to in the Summons and Complaint

apply to me and/or obligate me in any way.

7.      Respondents are commanded to deliver to me the evidence of their authority to interfere/trespass in this private matter.

8.      Respondents are commanded to establish their right to approach me by each attorney respondent by completing and delivering to me the two attached documents: (1) ADMINISTRATIVE NOTICE AND DEMAND FOR IDENTIFICATION AND CREDENTIALS QUO WARRANTO and (2) ATTORNEY'S QUESTIONAIRE, signed under penalties of perjury, and thereafter returning the fully executed documents to me to establish your power of attorney and right to act in the name of the Plaintiff UNITED STATES OF AMERICA.

9.      You are commanded to deliver to me certified copies of all contracts you presume to be in effect between me and you and/or the Plaintiff UNITED STATES OF AMERICA.

10.      You are commanded to deliver to me your specific authorization of law to exercise your office outside the District of Columbia.

11.      You are commanded to deliver to me the testimony of a competent witness who is willing to swear under penalties of perjury that he/she/they have been injured by me.

12.      You are commanded to identify the Real Party in interest in this case and establish your power of attorney and right to act in his/her/their name.

This is your NOTICE and Fair Warning, that I exercise my common law right not to be compelled to the performance under any contract that I have not entered into knowingly, willingly, and voluntarily and that contains my valid signature.

You are commanded to (1) deliver to me the evidence and/or documents commanded in 1 though 12 above at my above referenced location [address], in my venue, or (2) Request an extension of time of time to respond, which will be granted upon a show of cause why such extension is necessary, or (3) show cause why you should not by midnight March 23, 2018.

Your failure to respond timely (1) deliver the evidence and/or documents demanded in 1 through 12 above at my above referenced location [address] in my venue, or (2) Request an extension of time of time, or (3) show cause why you should not by midnight March 23, 2018 is deemed your agreement with and stipulations to the following judgments:

1.      Case No. 1:18-cv-00238-DAD-SAB in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA is void.

2.      I, Mark Linn Bryan, a Citizen of California Republic, may dismiss case No. 1:18-cv-00238-DAD-SAB with prejudice for being void with the consent of all parties.

3.      I, Mark Linn Bryan, a Citizen of California Republic, cannot be compelled to the performance under any contract that I have not entered into knowingly, willingly, intelligently and voluntarily that contains my valid signature.

4.      There is no rule, law, statute, regulation, or contract that would obligate me, Mark Linn Bryan, a Citizen of California Republic, to accept the Court's offer, or respondents' offer to arbitrate this private dispute and/or perform according to the contract offers contained

in the SUMMONS and COMPLAINT referenced above, or of your right to impose a duty or a sanction on me.

5. The rules, laws, statutes, regulations, and/or contracts referred to in the SUMMONS IN A CIVIL CASE, Case No. 2:18-CV-00424-JAM-DB and UNITED STATES OF AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT, Case no. 1:18-cv-00238-DAD-SAB do not apply to, or obligate me in any way.

6. I have violated no law, rule, regulation, code, or contract that would impose a mandatory obligation on me.

7. The Plaintiff, UNITED STATES OF AMERICA, has no standing to sue or be sued.

8. All non-responsive documents may be returned as unacceptable, irrelevant, and immaterial.

9. Respondents' receipt of a valid, verified NOTICE of non-response to this document constitutes a judgment in estoppel and bar to a plea, and that judgments 1 through 9 are enforceable by any judicial or non-judicial remedy available to me.

As I say it, so it is done.

March 5, 2018

Mark Linn Bryan, a Man and Citizen of California Republic

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

(1) A copy of a 7 page document entitled: "RETURN OF 'UNACCEPTED' SUMMONS IN A CIVIL CASE Case No. 2:18-CV-00424-JAM-DB ISSUED ON 2018-02-26 signed by J. Hellings, DEPUTY CLERK, and RETURN OF ERRONEOUS PRESENTMENT ENTITLED "UNITED STATES OF AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT" Case No: 1:18-cv-00238-DAD-SAB dated February 21, 2018 signed by G. PATRICK JENNINGS, Trial Attorney for McGREGOR W. SCOTT, United States Attorney, signed on March 5, 2018 by Mark Linn Bryan, a man and Citizen of California Republic.

(2) Return of Original Erroneous SUMMONS IN A CIVIL CASE, Case No. 2:18-CV-00424-JAM-DB, ISSUED ON 2018-02-26 signed by J. Hellings, DEPUTY CLERK

(3) Return of Erroneous PRESENTMENT ENTITLED "UNITED STATES OF AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT" Case No: 1:18-cv-00238-DAD-SAB dated February 21, 2018 signed by G.

PATRICK JENNINGS, Trial Attorney for McGREGOR W. SCOTT, United States Attorney

(4) ADMINISTRATIVE NOTICE AND DEMAND FOR IDENTIFICATION AND CREDENTIALS QUO WARRANTO FOR MARIANNE MATHERLEY, Clerk of Court United States District Court Eastern District of California, G. PATRICK JENNINGS, Trial Attorney, McGREGOR W. SCOTT, United States Attorney.

(5) ATTORNEYS QUESTIONAIRE for G. PATRICK JENNINGS, Trial Attorney and McGREGOR W. SCOTT, United States Attorney.

(6) ADMINISTRATIVE NOTICE AND DEMAND FOR IDENTIFICATION AND CREDENTIALS QUO WARRANTO for G. PATRICK JENNINGS, Trial Attorney and McGREGOR W. SCOTT, United States Attorney.

by causing that the same be placed into the US Postal System, Certified Mail, Return Receipt Requested and addressed to the following person/entity:

MARIANNE MATHERLEY, clerk          Certified Mail # 7017 1000 0000 1751 6385
United States District Court
Eastern District of California
501 "I" Street,
Sacramento, CA 95814

and

McGREGOR W SCOTT
United States Attorney               Certified Mail # 7017 1000 0000 1751 6378
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and

G. PATRICK JENNINGS, Trial Attorney
United States Department of Justice   Certified Mail # 7017 1000 0000 1751 6361
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

# ADMINISTRATIVE NOTICE AND DEMAND FOR
## IDENTIFICATION AND CREDENTIALS
## QUO WARRANTO
## FOR G. PATRICK JENNINGS

This "Good Faith Presentment" is presented to **G. Patrick Jennings** for purposes of obtaining full disclosure of identification under and determining under what authority, office, and capacity the Recipient appears to approach the presenter.

This Administrative Notice, duly served on you, and deemed actual, constructive and sufficient notice, requires that you provide to the presenter, within ten days from the time of presentment, copies of the below listed documents, said copies to be certified and exemplified in accordance with 1 Stat 122 and 2 Stat 298 and FRCP Rule 902, under Article [the] VI of the Constitution for the United States of America, Anno Domini 1789, with Articles of Amendment Anno Domini 1791.

1. Oath of Office (Title 5 U.S.C. §3331 California Constitution Article XX Section 3)
2. Officer Affidavit (Title 5 U.S.C. §3332) and/or
3. Employee Affidavit (Title 5 U.S.C. §3333)
4. Surety Bond (Title 5 U.S.C. §2901 & D.C. Code 11-7040)
5. Registration (Title 22 U.S.C. §611 and §612)

Your failure, refusal, and or neglect to fully and timely comply will set, for the record, as ultimate fact(s) that you are acting without authority, office, and/or capacity as an officer, official, or agent for any original jurisdiction non-corporate governmental "United States of America" pursuant to the Constitution for the United States of America, Anno Domini 1789) with Articles of Amendment Anno Domini 1791, to approach presenter.

It is presumed and/or assumed that it is your duty and fiduciary obligation to provide the above information, in a timely and truthful manner.

I do not give you license to make any legal determinations for me.

Silence equates with fraud/dolus.

This administrative Notice and Demand is not intended to hinder, delay, obstruct, intimidate, or in any way threaten anyone, but is simply a means of invoking recipient's duty to act pursuant to the above quoted statutes, which apply to the recipient in recipient's official capacity, for lawful disclosure of vitally needed information.

Should recipient not timely and fully comply, it will be deemed, by tacit admission, your implied consent to a challenge, pursuant to a petition for a Writ of Quo Warranto (63 AmJur 2nd 5.441), to your authority, in a court of correct jurisdiction.

Any further contact, instructions, directions, documents transferred from you, to me by means of postal delivery or electronic means, leaves you open for prosecution, by the proper authorities, for mail fraud and/or wire fraud, until such time as you have properly and fully identified yourself, pursuant to the above quoted statutes, and

If you have any objections or competent reasons as to why you cannot comply with this Administrative Notice you must put them in writing, stating all supporting evidence, signed by ;you within the time herein stated.

Respectfully presented this Fifth day of March,2018

(L.S.) _____ In Original Jurisdiction
Mark Linn Bryan, a man and Citizen of California Republic
c/o P.O. Box 240
Victor, California

## Attorney Questionnaire
## for G. Patrick Jennings

1a     Do you have a business license?...........................................[ ] Yes  [ ] No

1b.    If so, please provide the following information:

Licensing authority:   _____

License Number:   _____

Date of License:   _____

Name of Business:   _____

To whom issued:   _____

2a.    Are you licensed to practice law?.........................................[ ] Yes  [ ] No

2b.    If so, please provide the following information:

Licensing authority:   _____

License Number:   _____

Date of License:   _____

2c.    What does this license authorize (e.g. The practice of law or the operation of a business?)

_____

_____

3a.    Are you a personal corporation or other entity when acting as an attorney?[ ] Yes  [ ] No

3b.    If Yes, in what capacity do you act?

_____

_____

_____

3c.    If you act as a corporation while in the capacity of attorney, please provide the following information:

Location where formed:_____

Date of Formation: _____

Name of corporation: _____

Name of Corporation CEO or President: _____

_____

Corporate liability:   [ ] Limited   [ ] Regular   (check one)

3d.   If an alien or foreign corporation, has the corporation been registered with any State Secretary of State? …………………………………………… **[ ] Yes   [ ] No**

3e.   If Yes, please provide the following information:

Registering authority: _____

Registration number: _____

Date of registration: _____

4.   Please provide your Attorney Bar Association Member Card#:

_____

5a.   Are you bonded for the practice of law?......…………………………**[ ] Yes   [ ] No**

5b.   If Yes, please provide the following:

Bond number: _____

Bond company name: _____

Bond company address: _____

_____

Bond company phone:   (_____) _____ - _____

Bond amount:   $_____

Bond description: _____

_____

6a.   Do you carry Errors and Omissions Insurance?…………………………**[ ] Yes   [ ] No**

6b.    If Yes, please provide the following:

Insurance number: _____

Insurance company name: _____

Insurance company address: _____

_____

Insurance company phone: (\_\_\_\_\_) \_\_\_\_\_ - _____

Insurance amount: $ _____

Insurance description: _____

_____

6c.    If self insured, have you listed the assets used to form the insurance with any State Insurance Commission?………………………………………………**[ ] Yes  [ ] No**

7a.    Are you insured against malpractice?………………………………**[ ] Yes  [ ] No**

7b.    If Yes, please provide the following:

Insurance number: _____

Insurance company name: _____

Insurance company address: _____

_____

Insurance company phone: (\_\_\_\_\_) \_\_\_\_\_ - _____

Insurance amount: $ _____

Insurance description: _____

_____

_____

7c.    If self insured, have you listed the assets used to form the insurance with any State Insurance Commission?………………………………………………**[ ] Yes  [ ] No**

7d.    If Yes, what State? _____

8a.    Are you licensed to practice in endeavors-undertakings other than JUDICIAL, at and before the Executive branch (quasi-judicial) levels for Administrative Pleading as required

by the class of cases represented on page 286, 1 US Sct. Digest under "Exhaustion of Administrative Remedies?......................................................................[ ] Yes  [ ] No

8b.    If Yes, please provide:

Licensing Authority in the Executive Branch:

_____

_____

Your license Number: _____

The date of license: _____

9.    Do you have Power of Attorney to represent the juristic person/corporate entity known as UNITED STATES OF AMERICA?............................................[ ]Yes [ ] No

9a.    If Yes, please provide the following:

Date of Power of Attorney: _____

Is the Power of Attorney [ ] General  or  [ ] Limited    (check one)

What date does it expire?       _____

If limited, what are the limitations?

If more space if required, use the back of this page to continue:

_____

_____

_____

_____

Authorizing Signature (officer)_____

Is signature notarized?………………………………………………..[ ] Yes  [ ] No

10a.    Do you have Power of Attorney to represent the man and Citizen of California Republic known as :Mark Linn Bryan? ...........................................................[ ] Yes  [ ] No

10b.    If Yes, please provide the following:

Date of Power of Attorney:_____

10c.   Is the Power of Attorney [ ] General  or  [ ] Limited    (check one)

10d.   What date does the Power of Attorney expire?_____

10f.   If limited, what are the limitations?

If more space if required, use the back of this page to continue:

_____

_____

_____

Authorizing Signature _____

Is signature notarized?………………………………………..[ ] Yes  [ ] No

11.   Do you have any first hand knowledge of the facts in this matter?…..[ ] Yes  [ ] No

12.   Are you competent to be a witness?…………………………………[ ] Yes  [ ] No

13.   Are you a competent witness in this case?…………………………...[ ] Yes  [ ] No

14.   Is your client legally incompetent in that he has declared himself to be either unwilling or unable to negotiate directly with me? .………………………………....[ ] Yes  [ ] No

15.   Has your client agreed that he will be bound by your actions and legal determinations?
[ ] Yes  [ ] No

**Verification:**

I declare under the penalties of perjury and under my full unlimited commercial liability that the information included herein is true, correct, complete, and not misleading.

DATED THIS _____ day of _____, 2018.

_____ *(Signature)*

_____ **Attorney**

(Address)_____

_____

_____ (City) _____ (State) _____ (Zip Code)

(_____) _____-_____ (Phone)

## Attorney Questionnaire
## and Demand for Credentials
## for McGregor W. Scott

1a      Do you have a business license?...........................................[ ] Yes  [ ] No

1b.      If so, please provide the following information:

       Licensing authority:   _____

       License Number:   _____

       Date of License:   _____

       Name of Business:   _____

       To whom issued:   _____

2a.      Are you licensed to practice law?..........................................[ ] Yes  [ ] No

2b.      If so, please provide the following information:

       Licensing authority:   _____

       License Number:   _____

       Date of License:   _____

2c.      What does this license authorize (e.g. The practice of law or the operation of a business?)

       _____

       _____

3a.      Are you a personal corporation or other entity when acting as an attorney?[ ] Yes  [ ] No

3b.      If Yes, in what capacity do you act?

       _____

       _____

       _____

3c.      If you act as a corporation while in the capacity of attorney, please provide the following information:

       Location where formed:_____

Date of Formation: _____

Name of corporation: _____

Name of Corporation CEO or President: _____

_____

Corporate liability:   [ ] Limited   [ ] Regular  (check one)

3d.   If an alien or foreign corporation, has the corporation been registered with any State Secretary of State? …………………………………………… **[ ] Yes   [ ] No**

3e.   If Yes, please provide the following information:

Registering authority: _____

Registration number: _____

Date of registration: _____

4.   Please provide your Attorney Bar Association Member Card#:

_____

5a.   Are you bonded for the practice of law?...…………………………..**[ ] Yes   [ ] No**

5b.   If Yes, please provide the following:

Bond number: _____

Bond company name: _____

Bond company address: _____

_____

Bond company phone:      (_____) _____ - _____

Bond amount:      $_____

Bond description: _____

_____

6a.    Do you carry Errors and Omissions Insurance?...........................[ ] **Yes** [ ] **No**

6b.    If Yes, please provide the following:

Insurance number: _____

Insurance company name: _____

Insurance company address: _____

_____

Insurance company phone: ( _____ ) _____ - _____

Insurance amount:    $_____

Insurance description: _____

_____

6c.    If self insured, have you listed the assets used to form the insurance with any State Insurance Commission?.......................................................[ ] **Yes** [ ] **No**

7a.    Are you insured against malpractice?.........................................[ ] **Yes** [ ] **No**

7b.    If Yes, please provide the following:

Insurance number: _____

Insurance company name: _____

Insurance company address: _____

_____

Insurance company phone: ( _____ ) _____ - _____

Insurance amount:    $_____

Insurance description: _____

_____

_____

7c.    If self insured, have you listed the assets used to form the insurance with any State Insurance Commission?.......................................................[ ] **Yes** [ ] **No**

7d.    If Yes, what State? _____

8a.     Are you licensed to practice in endeavors-undertakings other than JUDICIAL, at and before the Executive branch (quasi-judicial) levels for Administrative Pleading as required by the class of cases represented on page 286, 1 US Sct. Digest under "Exhaustion of Administrative Remedies?.......................................................................[ ] Yes   [ ] No

8b.     If Yes, please provide:

        Licensing Authority in the Executive Branch:

        _____
        _____

        Your license Number: _____

        The date of license: _____

9.      Do you have Power of Attorney to represent the juristic person/corporate entity known as UNITED STATES OF AMERICA?...........................................[ ]Yes [ ] No

9a.     If Yes, please provide the following:

        Date of Power of Attorney: _____

        Is the Power of Attorney [ ] General  or  [ ] Limited     (check one)

        What date does it expire?        _____

        If limited, what are the limitations?

        If more space if required, use the back of this page to continue:

        _____

        _____

        _____

        _____

        Authorizing Signature (officer)_____

        Is signature notarized?...............................................................[ ] Yes   [ ] No

10a.    Do you have Power of Attorney to represent the man and Citizen of California Republic known as :Mark Linn Bryan? .........................................................[ ] Yes   [ ] No

10b.    If Yes, please provide the following:

Date of Power of Attorney:_____

10c.  Is the Power of Attorney [ ] General  or  [ ] Limited   (check one)

10d.  What date does the Power of Attorney expire?_____

10f.  If limited, what are the limitations?

If more space if required, use the back of this page to continue:

_____

_____

_____

Authorizing Signature _____

Is signature notarized?………………………………………………..[ ] Yes  [ ] No

11.  Do you have any first hand knowledge of the facts in this matter?…..[ ] Yes  [ ] No

12.  Are you competent to be a witness?……………….……….…………[ ] Yes  [ ] No

13.  Are you a competent witness in this case?…………………………...[ ] Yes  [ ] No

14.  Is your client legally incompetent in that he has declared himself to be either unwilling or unable to negotiate directly with me? ..……………………………...[ ] Yes  [ ] No

15.  Has your client agreed that he will be bound by your actions and legal determinations?
[ ] Yes  [ ] No

**Verification:**

I declare under the penalties of perjury and under my full unlimited commercial liability that the information included herein is true, correct, complete, and not misleading.

DATED THIS _____ day of _____, 2018.

_____ *(Signature)*

_____ Attorney

(Address)_____

_____

_____ (City) _____ (State) _____ (Zip Code)

# ADMINISTRATIVE NOTICE AND DEMAND FOR
## IDENTIFICATION AND CREDENTIALS
## QUO WARRANTO
## FOR McGREGOR W. SCOTT

This "Good Faith Presentment" is presented to **McGregor W. Scott** for purposes of obtaining full disclosure of identification under and determining under what authority, office, and capacity the Recipient appears to approach the presenter.

This Administrative Notice, duly served on you, and deemed actual, constructive and sufficient notice, requires that you provide to the presenter, within ten days from the time of presentment, copies of the below listed documents, said copies to be certified and exemplified in accordance with 1 Stat 122 and 2 Stat 298 and FRCP Rule 902, under Article [the] VI of the Constitution for the United States of America, Anno Domini 1789, with Articles of Amendment Anno Domini 1791.

1.  Oath of Office (Title 5 U.S.C. §3331 California Constitution Article XX Section 3)
2.  Officer Affidavit (Title 5 U.S.C. §3332) and/or
3.  Employee Affidavit (Title 5 U.S.C. §3333)
4.  Surety Bond (Title 5 U.S.C. §2901 & D.C. Code 11-7040)
5.  Registration (Title 22 U.S.C. §611 and §612)

Your failure, refusal, and or neglect to fully and timely comply will set, for the record, as ultimate fact(s) that you are acting without authority, office, and/or capacity as an officer, official, or agent for any original jurisdiction non-corporate governmental "United States of America" pursuant to the Constitution for the United States of America, Anno Domini 1789) with Articles of Amendment Anno Domini 1791, to approach presenter.

It is presumed and/or assumed that it is your duty and fiduciary obligation to provide the above information, in a timely and truthful manner.

I do not give you license to make any legal determinations for me.

Silence equates with fraud/dolus.

This administrative Notice and Demand is not intended to hinder, delay, obstruct, intimidate, or in any way threaten anyone, but is simply a means of invoking recipient's duty to act pursuant to the above quoted statutes, which apply to the recipient in recipient's official capacity, for lawful disclosure of vitally needed information.

Should recipient not timely and fully comply, it will be deemed, by tacit admission, your implied consent to a challenge, pursuant to a petition for a Writ of Quo Warranto (63 AmJur 2nd 5.441), to your authority, in a court of correct jurisdiction.

Any further contact, instructions, directions, documents transferred from you, to me by means of postal delivery or electronic means, leaves you open for prosecution, by the proper authorities, for mail fraud and/or wire fraud, until such time as you have properly and fully identified yourself, pursuant to the above quoted statutes, and

If you have any objections or competent reasons as to why you cannot comply with this Administrative Notice you must put them in writing, stating all supporting evidence, signed by ;you within the time herein stated.

Respectfully presented this Fifth day of March, 2018

(L.S.) _____ In Original Jurisdiction
Mark Linn Bryan, a man and Citizen of California Republic
c/o P.O. Box 240
Victor, California

1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone: (202) 307-6648
6  Email: guy.p.jennings@usdoj.gov

7  McGREGOR W. SCOTT
   United States Attorney
8  Eastern District of California
   *Of Counsel*

9

10                     IN THE UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  United States of America,

14                              Plaintiff,              Civil No. 1:18-cv-00238-DAD-SAB

15  v.

16  Mark Linn Bryan,                          **UNITED STATES OF AMERICA'S**
                                              **AMENDED COMPLAINT TO REDUCE**
17                              Defendant.    **FEDERAL INCOME TAX ASSESSMENTS**
                                              **TO JUDGMENT**
18

19

20         COMES NOW, the United States of America (hereinafter "the United States"), by

21  its undersigned counsel, and complains and alleges as follows:

22                           **JURISDICTION AND VENUE**

23  1. This is a civil action brought by the United States to reduce to judgment federal

24     tax assessments against defendant Mark L. Bryan.

25
    2. This action is commenced pursuant to Section 7401 of the Internal Revenue Code
26
       (26 U.S.C.), at the direction of the Attorney General of the United States, with the
27
28     authorization and sanction and at the request of the Chief Counsel of the Internal

                                          -1-

16304164.1

1   Revenue Service (IRS), a delegate of the Secretary of the Treasury.

2   3.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1340 and

3   1345, and pursuant to § 7402 of the Internal Revenue Code (26 U.S.C.).

4   4.  Venue is proper in the Eastern District of California because defendant taxpayer

5   Mark L. Bryan resides in this judicial district and the federal tax liabilities that are

6   the subject of this action arose in this judicial district. 28 U.S.C. §§ 1391 and

7   1396.

8   

9   5.  Defendant Mark L. Bryan resides at 10301 Newfield Road, Lodi, in the County of

10  San Joaquin in the State of California.  The local rule for intra-district venue

11  places this case in the Court sitting in Sacramento, California.

12  
13  
14  

### FIRST CLAIM FOR RELIEF:
### TO REDUCE FEDERAL INCOME TAX ASSESSMENTS
### AGAINST MARK L. BRYAN TO JUDGMENT

15  6.  The United States incorporates by reference the allegations contained in

16  paragraphs 1 through 5, above, as if fully set forth here.

17  7.  In the amounts and for the tax periods set forth below, a duly authorized delegate

18  of the Secretary of the Treasury made timely assessments against defendant

19  Mark L. Bryan, individually, for unpaid federal taxes, penalties, interest, and other

20  statutory additions accruing thereto as follows:

21  
22  
23  
24  
25  
26  
27  
28

| Tax Type | Tax Period Ending | Date of Assessment | Amount Assessed | |
|---|---|---|---|---|
| 1040 | 12/31/2004 | 03/24/2008 | TAX[1] | $ 30,815.00 |
|  |  | 03/24/2008 | ETP | $ 894.48 |
|  |  | 03/24/2008 | LFP | $ 6,933.38 |
|  |  | 03/24/2008 | INT | $ 9,117.39 |
|  |  | various | FPP | $ 7,703.74 |
| 1040 | 12/31/2005 | 10/05/2009 | TAX | $11,586.00 |
|  |  | 10/05/2009 | ETP | $ 464.70 |
|  |  | 10/05/2009 | LFP | $ 2,606.85 |
|  |  | 10/05/2009 | INT | $ 3,630.80 |
|  |  | various | FPP | $ 2,896.50 |
| § 6702 | 12/31/2006 | 05/19/2008 | FRP | $5,000.00 |
|  |  | various | INT | $1,471.36 |
| 1040 | 12/31/2007 | 08/25/2008 | TAX | $ 28,645.00 |
|  |  | 08/25/2008 | LFP | $ 3,867.07 |
|  |  | 08/25/2008 | INT | $ 660.36 |
|  |  | various | FPP | $ 7,161.25 |

8.  The assessments above were made based on substitutes-for-return prepared by the IRS after Mark L. Bryan failed to file tax returns for the taxable years ending December 31, 2004 and 2005.  The assessment for the taxable year ending December 31, 2006, was made after Mark L. Bryan submitted to the IRS arguments listed as frivolous under 26 U.S.C. § 6702.  The assessments for the taxable year ending December 31, 2007, were made from a tax return filed by Mark L. Bryan after he did not pay the tax shown due on the return.

9.  The IRS gave timely notice to Mark L. Bryan of the tax liabilities referenced in paragraph 7, stating the amount of the unpaid tax and demanding payment thereof, by mail to his last known address as required by Section 6303 of the

---

[1] TAX = Tax; ETP = Estimated Tax Penalty; 26 U.S.C. § 6654; FPP = Failure to Pay Penalty; 26 U.S.C. § 6651(a)(2); LFP = Late Filing Penalty; 26 U.S.C. § 6651(a)(1); INT = Interest; FRP = Frivolous Submission Penalty; 26 U.S.C. § 6702.

16304164.1

1    Internal Revenue Code, Title 26 of the United States Code.

2    10. Despite timely notice and demand for payment of the assessments described in

3    paragraph 7 above, defendant Mark L. Bryan has neglected, failed or refused to

4
     fully pay the indebted amounts on those assessments. The assessments plus
5
6    accrued statutory interest and other statutory additions from the dates of

7    assessment, less any abatements, payments or credits, remain due and owing.

8    11. Since the dates of assessment described in paragraph 7 above, interest and

9    statutory additions have accrued and continue to accrue as provided by law and

10   as of March 24, 2018, the outstanding balance of the assessments and the

11
     accrued interest, and applicable statutory additions, less any payments, credits or
12
13   abatements, will be in the total amount of $164,788.26.

14   WHEREFORE, the plaintiff, the United States, prays as follows:

15   A.      That this Court determine and adjudge that defendant Mark L. Bryan is

16   indebted to the United States in the amount of $164,788.26 for unpaid federal income

17   tax liabilities for tax years 2004 through 2007 less any additional credits according to

18   proof, plus interest and other statutory additions, as provided by law, that have accrued
19
     since March 24, 2018, and that judgment in that amount be entered against Mark L.
20
21   Bryan and in favor of the United States; and

22   B.      That the United States be granted its costs and attorney's fees herein, and

23   for such other and further relief as this Court deems just and proper.

24                                            RICHARD E. ZUCKERMAN
                                              Principal Deputy Assistant Attorney General
25
     Dated: February 21, 2018                 /s/ G. Patrick Jennings
26                                            G. PATRICK JENNINGS
                                              Trial Attorney, Tax Division
27                                            U.S. Department of Justice

28

*U.S. Complaint Amended*                      -4-