MAR-02-2018 00:07 IRS 9169745301 P.001

Case 2:18-cv-00424-JAM-DB Document 9 Filed 03/07/18 Page 1 of 2
Case 2:18-cv-00424-JAM-DB Document 6 Filed 02/26/18 Page 1 of 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            V.            **SUMMONS IN A CIVIL CASE**

MARK LINN BRYAN,

                CASE NO: 2:18-CV-00424-JAM-DB

TO: Mark Linn Bryan
Defendant's Address:

    10301 Newfield Rd
    Lodi, CA 95253

**YOU ARE HEREBY SUMMONED** and required to serve on

Guy Patrick Jennings
United States Department of Justice
P.O. Box 683
Washington, DC 20044

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK

/s/ J. Hellings

(By) DEPUTY CLERK



ISSUED ON 2018-02-26 15:00:33.0, Clerk
USDC EDCA

MAR-02-2018 00:08 IRS 9169745301 P.002

Case 2:18-cv-00424-JAM-DB Document 9 Filed 03/07/18 Page 2 of 2
Case 2:18-cv-00424-JAM-DB Document 6 Filed 02/26/18 Page 2 of 2

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 3-2-2018 10:12 AM |
|---|---|
| NAME OF SERVER (PRINT) David Barbearo | TITLE Revenue Officer |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 10301 Newfield Rd Lodi CA 95253

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL NA | SERVICES NA | TOTAL NA |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-2-2018
Date

Signature of Server: David Barbearo RO.

Address of Server: 4330 Watt Ave MS 1305
Sacramento, CA 95821