RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mark Linn Bryan,<br><br>　　　　Defendant. | Civil No. 1:18-cv-00424-JAM-DB<br><br>**CERTIFICATE OF SERVICE** |

　　　　IT IS HEREBY CERTIFIED that service of the foregoing

**1. SUMMONS RETURNED EXECUTED**

**2. ORDER REQUIRING JOINT STATUS REPORT**

**3. NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE**

**4. ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ**

**5. NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION**

**6. CERTIFICATE OF SERVICE**

-1-

1 | has been made this 7th day of March, 2018,

2 | **by U.S. Mail to:**

| Mark Linn Bryan<br>10301 Newfield Road<br>Lodi, CA 95240 | Defendant |
|---|---|

                 _/s/ G. Patrick Jennings_
                 G. PATRICK

*U.S. Certificate of Service*      -2-

16339103.1