From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California

To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

**FILED**
MAR 2 6 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

AND

MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

Reference
SUMMONS IN A CIVIL CASE
Case No: 2:18-CV-00424-JAM-DB
signed by J. Hellings, DEPUTY CLERK
AND
UNITED STATES OF AMERICA'S AMENDED
COMPLAINT TO REDUCE FEDERAL INCOME TAX
ASSESSMENTS TO JUDGMENT
Case Number: 1:18-cv-00238-DAD-SAB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Signed by Attorney G. PATRICK JENNINGS

dated March 21, 2018

**Return of Erroneous Order and Documents**

The following documents are returned for cause:
1. "UNACCEPTED" ORDER REQUIRING JOINT STATUS REPORT,
2. NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE

  JURISDICTION AND APPEAL INSTRUCTIONS,
3. NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION,
4. ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ,
5. CERTIFICATE OF SERVICE,
6. Copy of SUMMONS IN A CIVIL CASE

All of the above mailed by G. PATRICK JENNINGS postmarked 03-07-2018

For the Record: EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY

    NOTICE TO AGENT IS NOTICE TO PRINCIPAL
    NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I, Mark Linn Bryan, , hereinafter I, Me, my or mine am competent to handle my own commercial affairs. I am, however, not trained in the law or the procedures of law, nor have I been able, as of this date, to retain competent assistance of counsel to advise me in this matter.

NOTICE: On March 05, 2018 I issued a RETURN OF ERRONEOUS PRESENTMENT ENTITLED " UNITED STATES OF AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT" dated February 21, 2018 signed by G. PATRICK JENNINGS, Trial Attorney for McGREGOR W. SCOTT, United States Attorney United States District Court Eastern District Of California, postmarked 03/05/2018. See docket No. 8.

You are given until midnight March 23, 2018 to respond to all of Docket No. 8. All documents issued prior to your valid response or after your default are returned.

NOTICE: I, Mark Linn Bryan, Citizen of California republic, DEMAND my right of subrogation for the bond in this case to set off all charges in this matter for settlement and closure.

March 21, 2018

_Mark Linn Bryan_

**CERTIFICATE OF SERVICE**

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

(1) Return of Erroneous Order and Documents
(2) Original documents:
  1. "UNACCEPTED" ORDER REQUIRING JOINT STATUS REPORT,
  2. NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE

      JURISDICTION AND APPEAL INSTRUCTIONS,
3. NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION,
4. ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ,
5. CERTIFICATE OF SERVICE,
6. Copy of SUMMONS IN A CIVIL CASE

to:   G. PATRICK JENNINGS, Trial Attorney   Certified Mail # 7015 1520 0002 5200 1784
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

and copies of the above documents, (1) and (2) to:

MARIANNE MATHERLEY, clerk   Certified Mail # 7015 1520 0002 5200 8460
United States District Court
Eastern District of California
501 "I" Street,
Sacramento, CA 95814

and

McGREGOR W SCOTT
United States Attorney   Certified Mail # 7017 1070 0000 5950 1760
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

by causing all of the above be placed into the US Postal System, Certified Mail, addressed to the above person/entity.

_____   Dated: _____
Kraig Patterson

*RETURNED FOR CAUSE*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:18-CV-00424-JAM-DB |
| Plaintiff, | |
| vs. | ORDER REQUIRING JOINT STATUS REPORT |
| MARK LINN BRYAN, | |
| Defendant. | |

This action has been assigned to District Judge John A. Mendez. Pursuant to the provisions of Fed. R. Civ. P. 16 and 26, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff(s) shall complete service of process on all parties within ninety (90) days of the date of filing of the complaint.

2. Concurrently with the service of process, or as soon thereafter as possible, plaintiff(s) shall serve upon each of the parties named herein, and upon all parties subsequently joined, a copy of this Order, and shall file with the Clerk a certificate reflecting such service.

3. In the event this action was originally filed in a state court and was thereafter removed to this court, the removing party or parties shall, immediately following such removal, serve upon each

//////

1 of the other parties named herein, and upon all parties subsequently joined, a copy of this Order, and
2 shall file with the Clerk a certificate reflecting such service.

3     4. Within sixty (60) days of service of the complaint on any party, or from the date of removal,
4 the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court
5 a joint status report that includes the Rule 26(f) discovery plan. The status report shall address the
6 following matters:

    a. The nature of the case;

    b. Progress in the service of process;

    c. Possible joinder of additional parties;

    d. Any expected or desired amendment of pleadings;

    e. Jurisdiction and venue;

    f. Anticipated motions and the scheduling of motions;

    g. Anticipated discovery and the scheduling of discovery, including:

        (1) what changes, if any, should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made;

        (2) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

        (3) what changes, if any, should be made in the limitations on discovery imposed under the Civil Rules and what other limitations, if any, should be imposed; and

        (4) the timing of the disclosure of expert witnesses and information required by Rule 26(a)(2).

    h. Future proceedings, including setting appropriate cut–off dates for discovery, law and motion, and the scheduling of pretrial and trial;

    i. Appropriateness of special procedures;

    j. Estimate of trial time;

26 /////

2

1  k.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

2  l.  Whether the case is related to any other case, including any matters in bankruptcy;

3  m.  Whether a settlement conference should be scheduled; and

4  n.  Any other matters that may add to the just and expeditious disposition of this matter.

5. The Court, upon review of the joint status report may:

   a. Issue a scheduling order incorporating the suggestions of counsel as contained in the joint status report; or

   b. By minute order, set a status conference to be held either by telephone or in chambers.

6. In cases involving public traded companies, the parties shall request Judge Mendez's recusal list by contacting Harry Vine at (916) 930-4091 or via Email at hvine@caed.uscourts.gov. In addition, any nongovernmental corporate party to an action assigned to Judge Mendez shall file with the joint status report a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. A party shall supplement the statement within a reasonable time of any change in the information.

DATE: February 26, 2018

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

by: /s/ J. Hellings
Deputy Clerk

3

*Returned for Cause*

# NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE
# TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or non jury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent pursuant to 28 U.S.C. § 636(c), the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information. This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers. This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

Office of the Clerk                           Office of the Clerk

501 I Street, Room 4-200                      2500 Tulare Street, Suite 1501

Sacramento, CA  95814                         Fresno, CA  93721

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:18-CV-00424-JAM-DB

MARK LINN BRYAN,
    Defendant(s)/Respondent(s).

---

**IMPORTANT**

**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

☐ **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____   Signature: _____

                            Print Name: _____
                            ( ) Plaintiff/Petitioner ( ) Defendant/Respondent
                            Counsel for _____ *

---

☐ **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____   Signature: _____

                            Print Name: _____
                            ( ) Plaintiff/Petitioner ( ) Defendant/Respondent
                            Counsel for _____ *

---

*If representing more than one party, counsel must indicate the name of each party responding.*

*Returned for Cause*

# NOTICE OF AVAILABILITY

# VOLUNTARY DISPUTE RESOLUTION

Pursuant to the findings and directives of Congress in 28 U.S.C. §§ 651 *et seq.*, and in recognition of the economic burdens and delay in the resolution of disputes that can be imposed by full formal litigation, Local Rule 271 governs the referral of certain actions to the Voluntary Dispute Resolution Program ("VDRP") at the election of parties. Plaintiff or removing party is to provide all other parties with copies of the notice at the time service is effected or, for parties already served, no more than fourteen (14) days after receiving notice from the Court. After filing of the original complaint or removal action, any party who causes a new party to be joined in the action shall promptly serve a copy of the notice on the new party.

It is the Court's intention that the VDRP shall allow the participants to take advantage of a wide variety of alternative dispute resolution methods. These methods may include, but are not limited to, mediation, negotiation, early neutral evaluation and settlement facilitation. The specific method or methods employed will be determined by the Neutral and the parties.

**PLEASE TAKE NOTICE** that pursuant to Local Rule 271, *this Local Rule applies to* all civil actions pending before any District Judge or Magistrate Judge in the District except that actions in the following categories are exempt from presumptive inclusion: (i) prisoner petitions and actions, including habeas corpus petitions, (ii) actions in which one of the parties is appearing pro se, (iii) voting rights actions, (iv) social security actions, (v) deportation actions, (vi) Freedom of Information Act actions, and (vii) actions involving the constitutionality of federal, state or local statutes or ordinances. The fact that a case falls in a category that is exempt from the presumptive applicability of this Local Rule neither (1) precludes the parties to such a case from agreeing to participate in an Alternative Dispute Resolution ("ADR") process, nor (2) deprives the Court of authority to compel participation in an appropriate ADR proceeding.

Parties may elect Voluntary Dispute Resolution with the Court indicating that all parties to the action agree to submit the action to VDRP pursuant to Local Rule 271. Actions may not be assigned to VDRP over the objection of a party. (Copy of sample stipulation attached hereto.) **At the time of filing, a copy of the stipulation shall be provided to the VDRP Administrator designated below:**

Sacramento Cases
Voluntary Dispute Resolution
Program Administrator
United States District Court
501 "I" Street, Suite 4-200
Sacramento, CA 95814
(916) 930-4278

Fresno Cases
Voluntary Dispute Resolution
Program Administrator
United States District Court
2500 Tulare Street, Suite 1501
Fresno, CA 93721
(559) 499-5600

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>MARK LINN BRYAN,<br><br>Defendant(s) | NO: 2:18–CV–00424–JAM–DB<br><br>STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: **FEBRUARY 26, 2018**

_____
Name:
Attorney for Plaintiff(s)


_____
Name:
Attorney for Defendant(s)

*Returned for Cause*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CV-00424-JAM-DB |
| Plaintiff(s), | ORDER RE FILING REQUIREMENTS FOR |
| vs. | CASES ASSIGNED TO JUDGE MENDEZ |
| MARK LINN BRYAN, | |
| Defendant(s). | |

## I. PAGE LIMITS

Unless prior permission has been granted, memoranda of law in support of and in opposition to motions under Federal Rule of Civil Procedure 56 and 65 and any post-judgment or post-trial motions are limited to twenty-five (25) pages, and reply memoranda are limited to ten (10) pages. Memoranda of law in support of and in opposition to all other motions are limited to fifteen (15) pages, and reply memoranda are limited to five (5) pages. The parties are also cautioned against filing multiple briefs to circumvent this rule. A violation of this Order will result in monetary sanctions being imposed against counsel in the amount of $50.00 per page and the Court will not consider any arguments made past the page limit.

## II. DOCUMENTARY EVIDENCE

Documentary evidence submitted in support of or in opposition to a motion must be separately bound or placed in a binder, and exhibits must be separated with labeled tabs that extend beyond the edge of the page. An Index of Exhibits must also be included.

### III. MEET AND CONFER REQUIREMENTS

In any case where the parties are represented by counsel, counsel contemplating the filing of any motion, except (1) those in connection with discovery motions (which are governed by Local Rule 251(b)); (2) applications for temporary restraining orders or preliminary injunctions; or (3) motions made in prisoner actions (which are governed by Local Rule 230(l)), shall first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution.

If the proposed motion must be filed within a specified period of time under the Federal Rules of Civil Procedure (*e.g.,* a motion to dismiss pursuant to F.R.Civ.P. 12(b), or a new trial motion pursuant to F.R.Civ.P. 59(a)), then this conference shall take place at least five (5) days prior to the last day for filing the motion; otherwise, the conference shall take place at least ten (10) days prior to the filing of the motion.

If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion the following statement:

> **"This motion is made following the conference of counsel pursuant to the Court's standing order which took place on [date of conference]."**

The purpose of the meet and confer process is to:

(1) determine whether the respondent agrees that the motion has merit in whole or in part;

(2) discuss whether issues can be resolved without the necessity of briefing;

(3) narrow the issues for review by the Court; and

(4) explore the possibility of settlement before the parties incur the expense of briefing a motion.

Failure to comply with the meet and confer requirement will result in the dismissal, without prejudice, of the offending party's motion.

### IV. STATEMENTS OF FACTS IN MOTIONS FOR SUMMARY JUDGMENT

Upon filing a motion for summary judgment, the parties shall carefully read Local Rule 260. The moving party shall reproduce and respond to the non-moving party's Statement of Disputed facts, but the moving party may not file a reply to the non-moving party's response to the Statement of Undisputed Facts.

### V. CROSS MOTIONS FOR SUMMARY JUDGMENT

At least 28 days before the dispositive motions filing deadline, the parties must meet and confer to determine whether they intend to file cross motions for summary judgment. If the parties do intend to

file cross motions, the plaintiff must file the opening brief for summary judgment at least 14 days before the dispositive motions filing deadline. The plaintiff's concurrently-filed notice of motion shall indicate the parties' intention to file cross motions and shall notice a hearing date at least 42 days from the date of filing. Only four briefs shall be filed as follows:

  (1) Plaintiff's opening brief (25 pages maximum), along with any other documents required or permitted under Local Rule 260, shall be filed at least 14 days before the dispositive motions filing deadline;

  (2) Defendant's opposition and cross motion for summary judgment (35 pages maximum) shall be filed at least 28 days before the hearing;

  (3) Plaintiff's reply and opposition (20 pages maximum) shall be filed at least 14 days before the hearing;

  (4) Defendant's reply (10 pages maximum) shall be filed at least 7 days before the hearing.

These are the only four briefs that may be filed, even if the parties move for summary judgment on more than one complaint (e.g., motions on a complaint and a counterclaim). The parties must obtain permission from the Court to exceed the stated page limitations. If the parties do not comply with this procedure and schedule for filing cross motions for summary judgment, but nonetheless file cross motions, the Court will deny both motions without prejudice and may impose sanctions.

IT IS SO ORDERED.

DATED: February 26, 2018           /s/ John A. Mendez
                                United States District Judge

MAR-02-2018 00:07  IRS  9169745301  P.001

Case 2:18-cv-00424-JAM-DB   Document 11   Filed 03/26/18   Page 14 of 17
Case 2:18-cv-00424-JAM-DB   Document 9   Filed 03/07/18   Page 1 of 2
Case 2:18-cv-00424-JAM-DB   Document 6   Filed 02/26/18   Page 1 of 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**SUMMONS IN A CIVIL CASE**

MARK LINN BRYAN,

CASE NO: 2:18-CV-00424-JAM-DB

TO: Mark Linn Bryan
Defendant's Address:

10361 Newfield Rd
Lodi, CA 95253

*RETURNED FOR CAUSE*

**YOU ARE HEREBY SUMMONED** and required to serve on

Guy Patrick Jennings
United States Department of Justice
P.O. Box 683
Washington, DC 20044

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY

CLERK

/s/ J. Hellings

(By) DEPUTY CLERK

ISSUED ON 2018-02-26 15:00:33.0, Clerk
USDC EDCA

MAR-02-2018 00:08 IRS 9169745301 P.002
Case 2:18-cv-00424-JAM-DB Document 11 Filed 03/26/18 Page 15 of 17
Case 2:18-cv-00424-JAM-DB Document 9 Filed 03/07/18 Page 2 of 2
Case 2:18-cv-00424-JAM-DB Document 6 Filed 02/26/18 Page 2 of 2

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3-2-2018 | 10:12 AM |
| NAME OF SERVER (PRINT) David Barbearo | TITLE Revenue Officer | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 10301 Newfield Rd Lodi CA 95253

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NA | NA | NA |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-2-2018
             Date

Signature of Server: David Barbearo RO.

Address of Server: 4330 Watt Ave MS 1305
Sacramento, CA
95821

1 | RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

2 | G. PATRICK JENNINGS
3 | Trial Attorney, Tax Division
U.S. Department of Justice
4 | P.O. Box 683
Ben Franklin Station
5 | Washington, D.C. 20044-0683
Telephone: (202) 307-6648
6 | Email: guy.p.jennings@usdoj.gov

7 | McGREGOR W. SCOTT
United States Attorney
8 | Eastern District of California
*Of Counsel*

*RETURNED FOR CAUSE*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | |
|---|---|
| Plaintiff, | Civil No. 1:18-cv-00424-JAM-DB |
| v. | |
| Mark Linn Bryan, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

IT IS HEREBY CERTIFIED that service of the foregoing

1. **SUMMONS RETURNED EXECUTED**

2. **ORDER REQUIRING JOINT STATUS REPORT**

3. **NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE**

4. **ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ**

5. **NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION**

6. **CERTIFICATE OF SERVICE**

-1-

16339103.1

1 has been made this 7th day of March, 2018,

2 **by U.S. Mail to:**

| Mark Linn Bryan<br>10301 Newfield Road<br>Lodi, CA 95240 | Defendant |
|---|---|

*/s/ G. Patrick Jennings*
G. PATRICK