From: Mark-Linn: Bryan, a man and Citizen of California Republic
c/o P.O. Box 240
Victor, California

To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

**FILED**

**MAR 26 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

AND

MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

**VERIFIED NOTICE OF NON-RESPONSE AND DEFAULT
WITH STIPULATED JUDGMENTS
032418**

Reference
Case No: 2:18-CV-00424-JAM-DB
Case No: 1:18-cv-00238-DAD-SAB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

I, Mark Linn Bryan, Citizen of California republic and a man of sound mind of the age of accountability, declare the following facts to be true, correct, complete, and not misleading under my full commercial liability:

The documents (1), (2), (3), (4) and (5) below were mailed to Respondents on March 05, 2018:

(1) A copy of a 7 page document entitled: "RETURN OF 'UNACCEPTED' SUMMONS IN A CIVIL CASE, Case No. 2:18-CV-00424-JAM-DB ISSUED ON 2018-02-26 signed by J. Hellings, DEPUTY CLERK, and RETURN OF ERRONEOUS PRESENTMENT ENTITLED

"UNITED STATES OF AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT" Case No: 1:18-cv-00238-DAD-SAB dated February 21, 2018 signed by G. PATRICK JENNINGS, Trial Attorney for McGREGOR W. SCOTT, United States Attorney, signed on March 5, 2018 by Mark Linn Bryan, a man and Citizen of California Republic.

(2) "Return of Erroneous SUMMONS IN A CIVIL CASE, Case No. 2:18-CV-00424-JAM-DB, ISSUED ON 2018-02-26 signed by J. Hellings, DEPUTY CLERK"

(3) Return of Erroneous PRESENTMENT ENTITLED "UNITED STATES OF AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT" Case No: 1:18-cv-00238-DAD-SAB dated February 21, 2018 signed by G. PATRICK JENNINGS, Trial Attorney for McGREGOR W. SCOTT, United States Attorney

(4) Blank copies to be filled in, entitled: ADMINISTRATIVE NOTICE AND DEMAND FOR IDENTIFICATION AND CREDENTIALS QUO WARRANTO FOR MARIANNE MATHERLEY, Clerk of Court United States District Court Eastern District of California, G. PATRICK JENNINGS, Trial Attorney, McGREGOR W. SCOTT, United States Attorney

(5) Blank copies to be filled in, entitled:ATTORNEYS QUESTIONAIRE for G. PATRICK JENNINGS, Trial Attorney and McGREGOR W. SCOTT, United States Attorney.

See attached proof of service dated March 05, 2018 and signed by Kraig Patterson, with accompanying certified mail receipt documents.

By the terms of the documents 1, 4 and 5 above, Respondents were given until midnight March 23, 2018 to (1) deliver the documents demanded to me at my above referenced address and location, in my venue, or (2) Request an extension of time, or (3) show cause why Respondents should not perform as commanded.

I declare that Respondents failed to respond in any way or request an extension of time, as verified by PACER on March 24, 2018, and by the terms of my offer, their failure and default is deemed their admission and agreement with and stipulation to the following judgments:

1. Case No. 1:18-cv-00238-DAD-SAB in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA is void.
2. SUMMONS IN A CIVIL CASE, Case No. 2:18-CV-00424-JAM-DB is void.
3. I, Mark Linn Bryan, a Citizen of California Republic, may dismiss case No. 1:18-cv-00238-DAD-SAB with prejudice for being void with the consent of all parties.
4. I, Mark Linn Bryan, a Citizen of California Republic, cannot be compelled to the performance under any contract that I have not entered into knowingly, willingly, intelligently and voluntarily that contains my valid signature.
5. There is no rule, law, statute, regulation, or contract that would obligate me, Mark Linn Bryan, a Citizen of California Republic, to accept the Court's offer, or respondents' offer to arbitrate this private dispute and/or perform according to the contract offers contained

in the SUMMONS and COMPLAINT referenced above.

6. The rules, laws, statutes, regulations, codes and/or contracts referred to in the SUMMONS IN A CIVIL CASE, Case No. 2:18-CV-00424-JAM-DB and UNITED STATES OF AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT, Case no. 1:18-cv-00238-DAD-SAB do not apply to, or obligate me in any way.

7. I have violated no law, rule, regulation, code, or contract that would impose a mandatory obligation on me.

8. The Plaintiff, UNITED STATES OF AMERICA, has no standing to sue or be sued.

9. All non-responsive documents may be returned as unacceptable, erroneous, irrelevant, and immaterial.

10. Respondents' receipt of a valid, verified NOTICE of non-response to the 7 page document entitled: "RETURN OF 'UNACCEPTED' SUMMONS IN A CIVIL CASE, Case No. 2:18-CV-00424-JAM-DB and RETURN OF ERRONEOUS PRESENTMENT ENTITLED "UNITED STATES OF AMERICA'S AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT" Case No: 1:18-cv-00238-DAD-SAB constitutes a judgment in estoppel and bar to a plea, and that judgments 1 through 10 are enforceable by any judicial or non-judicial remedy available to me.

I, Mark Linn Bryan, Citizen of California republic, DEMAND that my right of subrogation for the bond in this case be certified by the bond creator and I give my authority to set off all charges in this matter for settlement and closure of this instant matter.

As I say it, so it is done.

March 24, 2018

_____
Mark Linn B[...]

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

    (1) Original VERIFIED NOTICE OF NON-RESPONSE AND DEFAULT WITH STIPULATED JUDGMENTS 032418
    (2) Original of an envelope erroneously addressed pertaining to returned documents from G. PATRICK JENNINGS
    (3) Original PACER CIVIL DOCKET FOR CASE #: 2:18-cv-00424-JAM-DB

by causing that the same be placed into the US Postal System, Registered Mail, Return Receipt Requested addressed to the following person/entity:

MARIANNE MATHERLEY, clerk      Registered Mail # RE 213 238 580 US
United States District Court
Eastern District of California
501 "I" Street,
Sacramento, CA 95814

and by causing copies of the same be placed into the US Postal System, Certified Mail and addressed to the following person/entity:

    (1) A copy of this VERIFIED NOTICE OF NON-RESPONSE AND DEFAULT WITH STIPULATED JUDGMENTS 032418
    (2) A copy of an envelope erroneously addressed pertaining to returned documents from G. PATRICK JENNINGS
    (3) Copy of PACER CIVIL DOCKET FOR CASE #: 2:18-cv-00424-JAM-DB

McGREGOR W SCOTT
United States Attorney      Certified Mail #   7017 1070 0000 5950 8477
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and

G. PATRICK JENNINGS, Trial Attorney      Certified Mail #   7017 1070 0000 5950 8484
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

By: _____      Dated: _____
    Kraig Patterson

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:18-cv-00424-JAM-DB

United States v. Bryan  
Assigned to: District Judge John A. Mendez  
Referred to: Magistrate Judge Deborah Barnes  
Demand: $164,788,000  
Cause: 26:7401 IRS: Tax Liability

Date Filed: 02/16/2018  
Jury Demand: None  
Nature of Suit: 870 Taxes  
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**     represented by **Guy Patrick Jennings**  
United States Department of Justice  
P.O. Box 683  
Washington, DC 20044  
202-307-6648  
Fax: 202-307-0054  
Email: guy.p.jennings@usdoj.gov  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mark Linn Bryan**     represented by **Mark Linn Bryan**  
PO Box 240  
Victor, CA 95253  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2018 | 1 | COMPLAINT *to Reduce Tax Assessments to Judgment* against Mark Linn Bryan by United States. Attorney Jennings, Guy Patrick added. (Attachments: # 1 Civil Cover Sheet)(Jennings, Guy) (Entered: 02/16/2018) |
| 02/16/2018 | 2 | SUMMONS ISSUED as to *Mark Linn Bryan* with answer to complaint due within *21* days. Attorney *Guy Patrick Jennings* *United States Department of Justice* *P.O. Box 683* *Washington, DC 20044*. (Hellings, J) (Entered: 02/16/2018) |
| 02/16/2018 | 3 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 4/24/2018 at 09:30 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. (Attachments: # 1 SAB Sched Conf, # 2 Consent Form, # 3 VDRP) (Hellings, J) (Entered: 02/16/2018) |
| 02/21/2018 | 4 | FIRST AMENDED COMPLAINT against Mark Linn Bryan by United States of America. (Attachments: # 1 Civil Cover Sheet Amended)(Jennings, Guy) (Entered: 02/21/2018) |
| 02/26/2018 | 5 | ORDER TRANSFERRING Case to the SACRAMENTO Division. New Case Number 2:18-cv-00424 JAM DB. Old Case Number 1:18-cv-00238 DAD SAB, signed by Magistrate Judge Stanley A. Boone on 2/23/2018.(Hellings, J) (Entered: 02/26/2018) |

| | | |
|---|---|---|
| 02/26/2018 | 6 | SUMMONS ISSUED as to *Mark Linn Bryan* with answer to complaint due within *21* days. Attorney *Guy Patrick Jennings* *United States Department of Justice* *P.O. Box 683* *Washington, DC 20044*. (Hellings, J) (Entered: 02/26/2018) |
| 02/26/2018 | 7 | CIVIL NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Form, # 2 Order re Filing Requirements, # 3 VDRP) (Hellings, J) (Entered: 02/26/2018) |
| 03/06/2018 | 8 | NOTICE of erroneous presentment, returned for cause by Mark Linn Bryan. (Zignago, K.) (Entered: 03/07/2018) |
| 03/07/2018 | 9 | SUMMONS RETURNED EXECUTED: Mark Linn Bryan served on 3/2/2018, answer due 3/23/2018. (Jennings, Guy) (Entered: 03/07/2018) |
| 03/07/2018 | 10 | CERTIFICATE of SERVICE by United States of America re 9 Summons Returned Executed, 7 Civil New Case Documents for JAM. (Jennings, Guy) (Entered: 03/07/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/24/2018 10:50:42 | | | |
| PACER Login: | ENDEV_4360:4334144:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:18-cv-00424-JAM-DB |
| Billable Pages: | 1 | Cost: | 0.10 |



March 2018
by: Mark

**U.S. Department of Justice**
TAX DIVISION
Washington, D.C. 20530

Official Business
Penalty for Private Use $300

Mark Linn Bryan
10301 Newfield Road
Lodi, CA 95240

ERRONEOUS