RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Mark Linn Bryan,<br><br>Defendant. | Civil No. 1:18-cv-00424-JAM-DB<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT**<br><br>Date: May 18, 2018<br>Time: 10:00 a.m.<br>Room: Courtroom 27, 8th floor<br>Judge: Hon. Deborah Barnes |

PLEASE TAKE NOTICE that the United States will bring the above-captioned motion for hearing before the Honorable United States Magistrate Judge Deborah Barnes at the United States Courthouse at 501 I Street, Sacramento, California, in Courtroom 27 on the 8th floor on May 18, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Defendant Mark Linn Bryan, representing himself, was personally served with a summons and complaint in this tax collection case but has not appeared to defend this action by filing an answer or by filing a legitimate motion under Rule 12 of the Federal

Rules of Civil Procedure. The United States respectfully requests entry of default against Mr. Bryan.

A Memorandum of Points and Authorities, a Declaration of G. Patrick Jennings, and a proposed Order are submitted herewith.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

Dated: March 29, 2018

*/s/ G. Patrick Jennings*
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice