RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mark Linn Bryan,<br><br>　　　　　Defendant. | Civil No. 1:18-cv-00424-JAM-DB<br><br>**DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**<br><br>Date:　May 18, 2018<br>Time:　10:00 a.m.<br>Room:　Courtroom 27, 8th floor<br>Judge:　Hon. Deborah Barnes |

I, G. Patrick Jennings declare and state:

1. I am a trial attorney for the United States Department of Justice, Tax Division, Civil Trial Section, Western.  I am assigned as the trial attorney for the United States in the above-captioned case.

2. On March 7, 2018, the United States filed a Return of Service executed on Mark Linn Bryan showing that Mark Linn Bryan was personally served with a copy of the Summons and Complaint on March 2, 2018. (Docket No. 9)

3. Attached hereto are true and correct copies of the following documents:

    A.    Redacted § 7401 Suit Authorization Letter

    B.    Order re: Motion to Enforce Judgment

    C.    Status Report Pursuant to Servicemembers Civil Relief Act

4. On March 7, 2018, the United States filed a Return of Service executed on Mark Linn Bryan showing that Mark Linn Bryan was personally served with a copy of the Summons and Complaint on March 2, 2018. (Docket No. 9)

5. Mark Linn Bryan has not appeared to defend this action by filing an answer or filing a legitimate motion under Rule 12 of the Federal Rules of Civil Procedure.

6. Mark Linn Bryan is not an infant, incompetent person, or person in the military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501.  See Ex. C, which I generated by inserting Mr. Bryan's social security number and name into the official website at https://scra.dmdc.osd.mil/scra/#/single-record showing that Mr. Bryan is not a member of a military service component.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2018        */s/ G. Patrick Jennings*
                                      G. PATRICK JENNINGS
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice