

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
SUITE 340, SA-2801
4330 WATT AVENUE
SACRAMENTO, CA 95821-7012
(916) 974-5700
EFAX: (855) 707-5580

OFFICE OF THE CHIEF COUNSEL



Government Exhibit
A

CC:SB:7:SAC:1:BAPfeifer
GL-100544-18

JAN 29 2018

Mr. Richard E. Zuckerman
Principal Deputy Assistant Attorney General
Tax Division
Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

  Attention: Chief, Civil Trial Section, Western Region

  Reference:   Mark Linn Bryan
               10301 Newfield Road
               Lodi, CA 95240
               (SSN:              )
               Your Reference: New

Dear Mr. Zuckerman:

   In accordance with the provisions of I.R.C. §§ 7401 and 7403, you are hereby authorized and requested to file such action against Mark Linn Bryan and any other parties which, in your judgment, will be necessary to effect collection, in whole or in part, of the outstanding federal tax assessments against Mr. Bryan. In this connection, we recommend that the federal tax assessments against Mr. Bryan be reduced to judgment.

DEPARTMENT OF JUSTICE
FEB -2 2018
TAX DIV - RECORD

GL-100544-18							5

Sincerely,

KATHRYN A. MEYER
Area Counsel
(Small Business/Self-Employed: Area 7)

By: _____
Brian A. Pfeifer
Attorney (Sacramento, Group 1)
(Small Business/Self-Employed)

cc:	United States Attorney, Eastern District of California
	Rebecca Smith, Technical Services Advisor
	David Barbearo, Revenue Officer
	 (All without enclosure)