From: Mark-Linn: Bryan, a man and Citizen of California Republic
c/o P.O. Box 240
Victor, California

To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

AND

MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

**FILED**

**MAR 3 0 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

NOTICE

**CASE DISMISSED WITH PREJUDICE
CASE CLOSED
032918**

Reference
Case No: 2:18-CV-00424-JAM-DB
Case No: 1:18-cv-00238-DAD-SAB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

I, Mark Linn Bryan, Citizen of California republic and a man of sound mind of the age of accountability, declare the following facts to be true, correct, complete, and not misleading under my full commercial liability:

In this Court of Record by the authority granted to me with consent of Plaintiff's counsel, see Docket No. 12, I declare the above referenced case to be void and said case is dismissed with prejudice. The Clerk of the Court is commanded to close the above referenced case.
As per my unchallenged right of subrogation on the bonding of above the referenced case, I give

my authority to set off all charges in this matter for settlement and closure.

As I say it, so it is done.

March 29, 2018

Mark Linn Bryan

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

      (1) Original CASE DISMISSED WITH PREJUDICE CASE CLOSED 032918

by causing that the same be placed into the US Postal System, Registered Mail, Return Receipt Requested addressed to the following person/entity:

| | |
|---|---|
| MARIANNE MATHERLEY, clerk<br>United States District Court<br>Eastern District of California<br>501 "I" Street,<br>Sacramento, CA 95814 | Registered Mail # RE 213 238 647 US |

and by causing copies of the same be placed into the US Postal System, Certified Mail and addressed to the following person/entity:

      (1) A copy of this CASE DISMISSED WITH PREJUDICE CASE CLOSED 032918

| | |
|---|---|
| McGREGOR W SCOTT<br>United States Attorney<br>United States Attorney's Office<br>501 "I" Street,<br>Sacramento, CA 95814 | Certified Mail #   7017 1000 0000 1751 6255 |

and

| | |
|---|---|
| G. PATRICK JENNINGS, Trial Attorney<br>United States Department of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington, DC 20044-0683 | Certified Mail #   7017 1000 0000 1751 6248 |

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

By: _____      Dated: _____
    Kraig Patterson