From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California

To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814



AND

MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

Reference
SUMMONS IN A CIVIL CASE
Case No: 2:18-CV-00424-JAM-DB
signed by J. Hellings, DEPUTY CLERK
AND
UNITED STATES OF AMERICA'S AMENDED
COMPLAINT TO REDUCE FEDERAL INCOME TAX
ASSESSMENTS TO JUDGMENT
Case Number: 1:18-cv-00238-DAD-SAB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Signed by Attorney G. PATRICK JENNINGS

dated April 05, 2018

**NOTICE of Return of Court Documents
and
Return of Court Documents**

The following documents are returned for cause:

1. UNITED STATES' REQUEST FOR ENTRY OF DEFAULT,
2. DECLARATION OF G. PATRICK JENNINGS,
3. STATUS REPORT -GOVERNMENT EXHIBIT A,
4. CERTIFICATE OF SERVICE,
5. REQUEST FOR ENTRY OF DEFAULT,
6. Mailing envelope from G. PATRICK JENNINGS

All of the above mailed by G. PATRICK JENNINGS postmarked 03-30-2018

For the Record: EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I, Mark Linn Bryan, , hereinafter I, Me, my or mine am competent to handle my own commercial affairs. I am, however, not trained in the law or the procedures of law, nor have I been able, as of this date, to retain competent assistance of counsel to advise me in this matter.

NOTICE: Plaintiff has defaulted on the jurisdictional challenge at Docket No. 8, see Notice of Default at Docket No. 12. Due to Plaintiff's non-response, CASE DISMISSED WITH PREJUDICE-CASE CLOSED 032918 on the record at Docket No. 15.

Since Plaintiff has not objected to my claim of subrogation on the bond(s) for Case No: 2:18-CV-00424-JAM-DB and Case Number: 1:18-cv-00238-DAD-SAB, I exercise my right of subrogation on said bond(s) and DEMAND that the Clerk set off all charges and close all related issues.

April 05, 2018

_____
Mark Linn Bryan

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

(1) Return of Court Documents
(2) Original documents:

    1. UNITED STATES' REQUEST FOR ENTRY OF DEFAULT,

    2. DECLARATION OF G. PATRICK JENNINGS,
    3. STATUS REPORT -GOVERNMENT EXHIBIT A,
    4. CERTIFICATE OF SERVICE,
    5. REQUEST FOR ENTRY OF DEFAULT,
    6. Mailing envelope from G. PATRICK JENNINGS

to:    MARIANNE MATHERLEY, clerk    Certified Mail # 7016 1370 0000 5394 7546
United States District Court
Eastern District of California
501 "I" Street,
Sacramento, CA 95814

and copies of the above documents 1 through 5, by First Class Mail to:

G. PATRICK JENNINGS, Trial Attorney
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

and

McGREGOR W SCOTT
United States Attorney
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

by causing all of the above be placed into the US Postal System, addressed to the above person/entity.

_____    Dated: _____
Kraig Patterson

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

[Handwritten stamp: RETURNED AS UNTIMELY / CASE CLOSED / CHECK DKT #15]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Civil No. 1:18-cv-00424-JAM-DB |
| Plaintiff, | |
| v. | **DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF UNITED STATES' REQUEST FOR ENTRY OF DEFAULT** |
| Mark Linn Bryan, | |
| Defendant. | |

I, G. Patrick Jennings, declare and state:

1. I am the trial attorney for the United States in the above-captioned case.

2. On March 7, 2018, the United States filed a Return of Service executed on Mark Linn Bryan showing that Mark Linn Bryan was personally served with a copy of the Summons and Amended Complaint on March 2, 2018. (Docket No. 9)

16409362.1

3. Mark Linn Bryan has not appeared to defend this action by filing an answer or filing a legitimate motion under Rule 12 of the Federal Rules of Civil Procedure, and the 21-day time to respond has expired.

4. Mark Linn Bryan is not an infant, incompetent person, or person in the military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501. See Ex. A, which I generated by inserting Mr. Bryan's social security number and name into the official website at https://scra.dmdc.osd.mil/scra/#/single-record with the response showing that Mr. Bryan is not a member of a military service component.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2018

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*[Stamp: RETURNED AS UNTIMELY CASE CLOSED DOCKET IS]*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | Civil No. 1:18-cv-00424-JAM-DB |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST MARK LINN BRYAN** |
| Mark Linn Bryan, | |
| Defendant. | |

TO: Clerk, United States District Court for the Eastern District of California.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the United States of America as plaintiff hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Mark Linn Bryan on the ground that said defendant has failed to appear or properly respond to the Complaint filed in the above-captioned case within the time prescribed by Rule 12 of the Federal Rules of Civil Procedure.

-1-

16409331.1

This Request for Entry of Default is supported by the Declaration of G. Patrick Jennings, submitted herewith.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

Dated: March 30, 2018

*/s/ G. Patrick Jennings*
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

Department of Defense Manpower Data Center
Case 1:18-cv-00424-JAM-DB   Document 16   Filed 04/09/18   Page 8 of 14
Results as of: Mar-28-2018 04:59:01 PM
SCRA 4.4



## Status Report
### Pursuant to Servicemembers Civil Relief Act



Government Exhibit

| | |
|---|---|
| SSN: | XXX-XX-1024 |
| Birth Date: | |
| Last Name: | BRYAN |
| First Name: | MARK |
| Middle Name: | LINN |
| Status As Of: | Mar-28-2018 |
| Certificate ID: | J4PMTYS0C5833PR |

*RETURNED / CASE CLOSED / DOCKET #15*

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

Mark Linn Bryan,

    Defendant.

Civil No. 1:18-cv-00424-JAM-DB (PS)

**CERTIFICATE OF SERVICE**

[Stamp: RETURNED CASE CLOSED DOCKET #15]

IT IS HEREBY CERTIFIED that service of the foregoing

1. **UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST MARK LINN BRYAN**

2. **DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**

3. **CERTIFICATE OF SERVICE**

has been made this 30th day of March, 2018,

**by U.S. Mail to:**

| | |
|---|---|
| Mark Linn Bryan<br>P.O. BOX 240<br>Victor, CA 95240 | Defendant |

                                    */s/ G. Patrick Jennings*
                                    G. PATRICK JENNINGS

16409368.1

# Other Documents

2:18-cv-00424-JAM-DB United States v. Bryan

CIVIL

## U.S. District Court

### Eastern District of California - Live System

**Notice of Electronic Filing**

The following transaction was entered by Jennings, Guy on 3/30/2018 at 11:03 AM PDT and filed on 3/30/2018
**Case Name:** United States v. Bryan
**Case Number:** 2:18-cv-00424-JAM-DB
**Filer:** United States of America
**Document Number:** 14

**Docket Text:**
**REQUEST FOR ENTRY OF DEFAULT as to Mark Linn Bryan by United States of America. (Attachments: # (1) Declaration, # (2) Exhibit A, # (3) Proof of Service)(Jennings, Guy)**

**2:18-cv-00424-JAM-DB Notice has been electronically mailed to:**

Guy Patrick Jennings    guy.p.jennings@usdoj.gov, western.taxcivil@usdoj.gov

**2:18-cv-00424-JAM-DB Electronically filed documents must be served conventionally by the filer to:**

Mark Linn Bryan
PO Box 240
Victor, CA 95253

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=3/30/2018] [FileNumber=9296597-0

] [bdebba92b9b71b2f1786892cf79ad6ec542925d32ac64b9a8f4aea67d6dab41fc17 8bc54477dbf0dd214a73e189e662a9078633e40c054ba5d96038157053729]]

**Document description:** Declaration
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=3/30/2018] [FileNumber=9296597-1
] [07b8d7b3a8d8116bc58af14c52b80605d20ba7156e732cb5e5c69097471bda2e18d b91487e91a2d30ed3d7234097bd8a34af4c9563caac2005beeba8dbfd9545]]

**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=3/30/2018] [FileNumber=9296597-2
] [74606e466a8580047264357a94bec0521e144c4bd6c56c01aba518af14ab157d91e c9846eb462e92de5f189c407e9d52f24a5850724935b7b187045456a0f167]]

**Document description:** Proof of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=3/30/2018] [FileNumber=9296597-3
] [710e7575352f66f72ce654ff57fd4a1ece67d292f6457e431eaf145206cdfaac12c 24998eee0dad4cefb0c8e052e1400f5753c5f5829a8fb1e87953b3321daa6]]

U.S. Department of...
Washington, D.C.
Official Business
Penalty for Private Use $300

Mark Linn Bryan
P.O. BOX 240
Victor, CA 95240

RETURNED
CASE CLOSED
DOC #15