2 18 CV 424 JAM DB (PS)

From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California

To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

**FILED**

APR 1 1 2018

AND

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 133
      DEPUTY CLERK

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

AND

MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

Reference
SUMMONS IN A CIVIL CASE
Case No: 2:18-CV-00424-JAM-DB
signed by J. Hellings, DEPUTY CLERK
AND
UNITED STATES OF AMERICA'S AMENDED
COMPLAINT TO REDUCE FEDERAL INCOME TAX
ASSESSMENTS TO JUDGMENT
Case Number: 1:18-cv-00238-DAD-SAB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Signed by Attorney G. PATRICK JENNINGS

dated April 07, 2018

**NOTICE of Return of Court Documents**
**and**
**Return of Court Documents**

I became aware of the following court documents on April 06, 2018 which are returned for cause:

1. Notice of Electronic Filing,
2. DECLARATION OF G. PATRICK JENNINGS,
3. UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES,
4. CERTIFICATE OF SERVICE,
5. UNITED STATES' NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT,
6. Government Exhibit A
7. Government Exhibit B
8. Government Exhibit C
9. ORDER
10. CERTIFICATE OF SERVICE
11. Mailing envelope from G. PATRICK JENNINGS

All of the above mailed by G. PATRICK JENNINGS postmarked 03-29-2018

For the Record: EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I, Mark Linn Bryan, , hereinafter I, Me, my or mine am competent to handle my own commercial affairs. I am, however, not trained in the law or the procedures of law, nor have I been able, as of this date, to retain competent assistance of counsel to advise me in this matter.

NOTICE: Plaintiff has defaulted on the jurisdictional challenge at Docket No. 8, see Notice of Default at Docket No. 12. Due to Plaintiff's non-response, CASE DISMISSED WITH PREJUDICE-CASE CLOSED 032918 on the record at Docket No. 15.

Since Plaintiff has not objected to my claim of subrogation on the bond(s) for Case No: 2:18-CV-00424-JAM-DB and Case Number: 1:18-cv-00238-DAD-SAB, I exercise my right of subrogation on said bond(s) and DEMAND that the Clerk set off all charges and close all related issues.

April 07, 2018

Mark Linn Bryan

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

(1) Return of Court Documents
(2) Original documents:

1. Notice of Electronic Filing,
2. DECLARATION OF G. PATRICK JENNINGS,
3. UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES,
4. CERTIFICATE OF SERVICE,
5. UNITED STATES' NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT,
6. Government Exhibit A
7. Government Exhibit B
8. Government Exhibit C
9. ORDER
10. CERTIFICATE OF SERVICE
11. Mailing envelope from  G. PATRICK JENNINGS

to:    MARIANNE MATHERLEY, clerk      Certified Mail # 7017 1000 0000 1751 6279
       United States District Court
       Eastern District of California
       501 "I" Street,
       Sacramento, CA 95814

and copies of the above documents 1 through 10, by First Class Mail to:

       G. PATRICK JENNINGS, Trial Attorney
       United States Department of Justice
       P.O. Box 683, Ben Franklin Station
       Washington, DC 20044-0683

       and

       McGREGOR W SCOTT
       United States Attorney
       United States Attorney's Office
       501 "I" Street,
       Sacramento, CA 95814

       and by personal service to:

       Mark Linn Bryan
       P.O. Box 240
       Victor, California

by causing all of the above be placed into the US Postal System, addressed to the above person(s)/entity.

                            Dated: April 09, 2018

_____
Kraig Patterson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

                 Plaintiff,

v.

Mark Linn Bryan,

                 Defendant.

Civil No. 1:18-cv-00424-JAM-DB

**ORDER**

The United States served a complaint on defendant Mark L. Bryan. The time to respond has elapsed. The defendant filed several documents, but none of them appear to be an answer to the complaint, and they are not motions in accord with the Local Rules of Court and the Federal Rules of Civil Procedure. The United States has filed a motion requesting entry of default. For good cause shown,

**IT IS ORDERED THAT** Mark L. Bryan shall file an answer to the amended complaint or a motion permitted by the Federal Rules on or before _____ , which is ten days from the entry of this order. If he fails to obey this order, the Clerk is directed to enter his default.

**IT IS SO ORDERED**.

      Dated:

                                      _____
                                      Deborah Barnes
                                      United States Magistrate Judge

RETURNED FOR CAUSE #15
CASE CLOSED - Docket

-1-

16405124.1

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
SUITE 340, SA-2801
4330 WATT AVENUE
SACRAMENTO, CA 95821-7012
(916) 974-5700
EFAX: (855) 707-5580

OFFICE OF THE CHIEF COUNSEL



RETURNED FOR CAUSE - CASE CLOSED - DIV. TEAM

CC:SB:7:SAC:1:BAPfeifer
GL-100544-18

JAN 2 9 2018

Mr. Richard E. Zuckerman
Principal Deputy Assistant Attorney General
Tax Division
Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044

Attention: Chief, Civil Trial Section, Western Region

Reference:    Mark Linn Bryan
              10301 Newfield Road
              Lodi, CA 95240
              (SSN:              )
              Your Reference: New

Dear Mr. Zuckerman:

In accordance with the provisions of I.R.C. §§ 7401 and 7403, you are hereby authorized and requested to file such action against Mark Linn Bryan and any other parties which, in your judgment, will be necessary to effect collection, in whole or in part, of the outstanding federal tax assessments against Mr. Bryan. In this connection, we recommend that the federal tax assessments against Mr. Bryan be reduced to judgment.

GL-100544-18                                        5

Sincerely,

KATHRYN A. MEYER
Area Counsel
(Small Business/Self-Employed: Area 7)

By:

Brian A. Pfeifer
Attorney (Sacramento, Group 1)
(Small Business/Self-Employed)

cc:    United States Attorney, Eastern District of California
       Rebecca Smith, Technical Services Advisor
       David Barbearo, Revenue Officer
       (All without enclosure)



1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10                                  ----oo0oo----

11

12   UNITED STATES OF AMERICA,              NO. CIV. 2:04-2363 WBS JFM

13              Plaintiff,
                                            ORDER RE: MOTION TO ENFORCE
14        v.                                JUDGMENT

15   MARK L. BRYAN,

16              Defendant.
     _____/

17

18                                  ----oo0oo----

19        In 2004, defendant filed a UCC Financing Statement with

20   the California Secretary of State naming several IRS employees,

21   including Revenue Officer Gregory Gillen, as debtors and imposing

22   a lien against them in the amount of $477,546,696.  (Order

23   adopting Am. Findings & Recommendations (Docket No. 54)

24   ("Order").)  Officer Gillen had previously been involved with a

25   tax enforcement action against defendant, and none of the named

26   IRS employees were personally acquainted with defendant.  (Id.)

27   The court issued an Order on July 25, 2005, permanently enjoining

28   defendant from "filing, or attempting to file, any document or

                                      1

1   instrument which purports to create a lien or any other purported

2   non-consensual lien or encumbrance against the person or

3   property" of those "who authorized and/or performed any act in

4   connection with the assessment or collection of defendant's tax

5   liabilities." (Id. at 2:15-19.)

6           In December of 2009, defendant filed another UCC

7   Financing Statement, No. 09-7216680665, naming IRS officer Paul

8   Enjalran as debtor. (Decl. of Revenue Officer Paul Enjalran ¶

9   4.) Mr. Enjalran is not personally acquainted with defendant but

10  has been assigned to collect defendant's unpaid income tax

11  liabilities and penalties. (Id. ¶ 2.) The United States brought

12  this motion to enforce the Order by expunging the UCC Financing

13  Statement.

14          District courts have authority to issue injunctions

15  under 26 U.S.C. § 7402(a), which provides:

16      The district courts of the United States at the instance
        of the United States shall have such jurisdiction to make
17      and issue in civil actions, writs and orders of
        injunction . . . and such other orders and processes, and
18      to render such judgments and decrees as may be necessary
        or appropriate for the enforcement of the internal
19      revenue laws.

20  A district court has continuing jurisdiction to enforce its

21  injunction. Hangarter v. Paul Revere Life Ins. Co., 289

22  F.Supp.2d 1105, 1107 (N.D. Cal. 2003). District courts also have

23  the specific authority to "void common-law liens imposed by

24  taxpayers on the property of government officials assigned to

25  collect delinquent taxes." Ryan v. Bilby, 764 F.2d 1325, 1327

26  (9th Cir. 1985).

27          Defendant filed a second UCC Financing Statement

28  against an IRS official in December 2009 and has not asserted any

                                  2

1  valid reason for filing the lien.  This filing therefore violates

2  the court's injunction.

3          IT IS THEREFORE ORDERED that plaintiff's motion to

4  enforce judgment be, and the same hereby is, GRANTED.

5          The UCC Financing Statement filed by Mark L. Bryan on

6  or about December 10, 2009, against Revenue Officer Paul

7  Enjalran, filing number 09-7216680665, is hereby deemed null and

8  void, and the Secretary of State of California is directed to

9  expunge the filing from the public record.

10  DATED:  October 22, 2010

11

12                          William B. Shubb

13                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Department of Defense Manpower Data Center

Results as of: Mar-28-2018 04:59:01 PM

SCRA 4.4



## Status Report
### Pursuant to Servicemembers Civil Relief Act



Government Exhibit

SSN: XXX-XX-1024
Birth Date:
Last Name: BRYAN
First Name: MARK
Middle Name: LINN
Status As Of: Mar-28-2018
Certificate ID: J4PMTYSDC5833PR

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

1   RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General
2
    G. PATRICK JENNINGS
3   Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683
    Ben Franklin Station
5   Washington, D.C. 20044-0683
    Telephone: (202) 307-6648
6   Email: guy.p.jennings@usdoj.gov

7   McGREGOR W. SCOTT
    United States Attorney
8   Eastern District of California
    *Of Counsel*

9

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   United States of America,                | Civil No. 1:18-cv-00424-JAM-DB

14                        Plaintiff,           | **UNITED STATES' NOTICE OF MOTION
                                               | AND MOTION FOR ENTRY OF DEFAULT**
15   v.
                                               | Date:   May 18, 2018
16   Mark Linn Bryan,                          | Time:   10:00 a.m.
                                               | Room:   Courtroom 27, 8th floor
17                        Defendant.           | Judge:  Hon. Deborah Barnes

18

19

20          PLEASE TAKE NOTICE that the United States will bring the above-captioned

21   motion for hearing before the Honorable United States Magistrate Judge Deborah

22   Barnes at the United States Courthouse at 501 I Street, Sacramento, California, in

23   Courtroom 27 on the 8th floor on May 18, 2018, at 10:00 a.m., or as soon thereafter as

24   counsel may be heard.

25

26          Defendant Mark Linn Bryan, representing himself, was personally served with a

27   summons and complaint in this tax collection case but has not appeared to defend this

28   action by filing an answer or by filing a legitimate motion under Rule 12 of the Federal

                                        -1-

RETURNED FOR CAUSE #15

CASE CLOSED - DOCKET

16405071.1

1    Rules of Civil Procedure.  The United States respectfully requests entry of default

2    against Mr. Bryan.

3          A Memorandum of Points and Authorities, a Declaration of G. Patrick Jennings,

4    and a proposed Order are submitted herewith.

5

6                                        RICHARD E. ZUCKERMAN
                                         Principal Deputy Assistant Attorney General

7    Dated: March 29, 2018            /s/ G. Patrick Jennings
                                      G. PATRICK JENNINGS
8                                     Trial Attorney, Tax Division
9                                     U.S. Department of Justice

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16405071.1

1   RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General
2
    G. PATRICK JENNINGS
3   Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683
    Ben Franklin Station
5   Washington, D.C. 20044-0683
    Telephone: (202) 307-6648
6   Email: guy.p.jennings@usdoj.gov

7   McGREGOR W. SCOTT
    United States Attorney
8   Eastern District of California
    *Of Counsel*

9

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  United States of America,

14              Plaintiff,                    Civil No. 1:18-cv-00424-JAM-DB

15  v.                                        **UNITED STATES' MEMORANDUM OF
                                              POINTS AND AUTHORITIES IN SUPPORT
16  Mark Linn Bryan,                          OF MOTION FOR ENTRY OF DEFAULT**

17              Defendant.

18

19

20          Mark Linn Bryan was personally served with a summons and complaint in this

21  matter and has not appeared to defend this action by filing an answer or by filing a

22  legitimate motion under Rule 12 of the Federal Rules of Civil Procedure.  Instead, Mr.

23  Bryan has engaged in abusive litigation practices including imposing deadlines on the

24
    Court and counsel which are not authorized under Federal Rules of Civil Procedure.
25
    None of the responses filed by Mr. Bryan indicate an intent to defend this action in a
26
27  legitimate manner.  None of the responses may be reasonably construed as an answer

28  or a lawful motion and so Mr. Bryan has failed to "plead or otherwise defend" this action.

                                      -1-

16405042.1

In light of Mr. Bryan's abusive tactics and failure to defend, entry of default is therefore appropriate under Fed. R. Civ. P. Rule 55(a). The United States requests an order directing the defendant to answer the complaint within ten days, with the Clerk directed to enter default if he fails to answer.

      1.    **Mr. Bryan's Documents Show No Legitimate Intent to Defend.**

A few days after Mr. Bryan was served with the summons and complaint in this matter, he filed an almost unintelligible document, at Docket No. 8, which begins with a copy of the summons, defaced with the phrase "Erroneous Presentment / Returned for Cause." The next part of the filing, at page 3, demands the credentials of the Clerk of the Court and asserts that a failure by the Clerk to respond will mean that she lacks authority. At page 5 of the response, Mr. Bryan in effect claims that this Court has no power over him, and that the Court lacks venue, although Mr. Bryan lives in the Eastern District of California, near Lodi. At page 6, he makes a series of demands to the United States Attorney and to the trial counsel for the United States, for example, to give Mr. Bryan evidence that the United States has to power to lay and collect taxes from him, among many other patently frivolous assertions. He further demands credentials from the trial attorney for the United States. Mr. Bryan's documents are nothing more than tax protestor boilerplate.

Even if a defendant has appeared, default is authorized if he fails to "otherwise defend" the action. FRCP 55(a); *City of New York v. Mickalis Pawn Shop*, LLC, 645 F3d 114, 128-129 (2nd Cir. 2011) (defendant appeared but later failed to defend); *Bolduc v. Bailey*, 586 F.Supp. 896, 899 (D. Colo. 1984) (defendant sent letters to court but never responded to complaint). Although Rule 55 talks about the Clerk entering default, a

164405042.1

1   default may also be entered by the Court. *Breuer Elec. Mfg. v. Toronado Systems of*

2   *America, Inc.*, 687 F2d 182, 185 (7th Cir. 1982).

3       Mr. Bryan's filings cannot be construed as discovery because the time to serve

4   discovery has not yet commenced. Fed. R. Civ. P. Rule 26(d)(1). The questions also

5   are not within the scope of legitimate discovery under Rule 26 because they are not

6

7   likely to lead to admissible evidence. Further, the demands are verbose, impertinent,

8   and burdensome. Mr. Bryan is trying to assert powers which belong to the Court, by

9   setting time lines on the Court and public officials.

10      Mr. Bryan's filings cannot be construed as a motion to dismiss for lack of

11  jurisdiction because it is beyond question that this Court has jurisdiction over this matter.

12  The United States may sue to obtain a judgment for unpaid taxes, and, on getting a

13  judgment, exercise the usual rights of a judgment creditor. 26 U.S.C. §§ 7401 - 7403,

14  *United States v. Rodgers*, 461 U.S. 677, 682 (1983). In a suit to collect federal taxes,

15

16  the taxpayers argued that the Court lacked jurisdiction. *Palmer v. Internal Revenue*

17  *Service*, 116 F.3d 1309, 1312 (9th Cir.1997). The Court in the case of *Palmer*

18  determined that the production of the Section 7401 authorization letter was sufficient to

19  show that the United States had satisfied the procedural requirements to obtain

20
    jurisdiction. Furthermore, the Palmers failed to produce any evidence that would counter
21
    the normal presumption of regularity that attaches to the actions of public officers. *United*
22
23  *States v. Chemical Foundation*, 272 U.S. 1, 14-15 (1926). The United States Court of

24  Appeals for the Ninth Circuit concluded that the IRS had complied with the applicable

25  procedural requirements and that the court had jurisdiction over the government's

26  claims. *Palmer*, 116 F.3d at 1312. The IRS has authorized this suit. The § 7401

27
    authorization letter, severely redacted to protect attorney-client communications, is
28

attached to the Declaration of G. Patrick Jennings, submitted herewith.  This is no doubt that this Court has jurisdiction over this federal tax collection case.

Mr. Bryan's filings cannot be construed as an answer because he does not state his defenses and admit or deny each allegation in the Amended Complaint.  Fed. R. Civ. P. Rule 8(b).  Defying the power of the Court does not show an intent to defend this action.  Mr. Bryan failed to file an answer within the time permitted and failed to file a legitimate responsive motion allowed by the Federal Rules of Civil Procedure.  This failure to appear and defend justifies entry of default against Mr. Bryan.

Courts also have an inherent equitable power to sanction a party for bad faith conduct in litigation, including entry of default.  *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764-766 (1980).  Seeking to subvert the power of the Court by setting improper deadlines and making untimely demands to counsel is an abusive litigation practice.  Mr. Bryan should know better because he has tried similar tactics against the United States in a prior case.  *United States v. Mark L. Bryan*, Case No. 2:04-cv-02363 WBS JFM. That case was begun after Mr. Bryan filed false liens against an IRS agent in an attempt to obstruct lawful tax collection.  This Court granted an injunction against Mr. Bryan, but he defied the Court and again made a false filing to harass another agent.  Ex. B to the Jennings Declaration in this case; Order filed October 25, 2010, Case No. 2:04-cv-02363 WBS JFM.  The sole purpose of Mr. Bryan's filings is to vex the Court and the United States.  Unless Mr. Bryan files a prompt and well-pleaded answer to the complaint, the Court is respectfully requested to enter default against Mr. Bryan.

Mark Linn Bryan is not an infant, incompetent person, or person in the military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501. Ex. C, Jennings Declaration. He has not filed an

1   answer or otherwise asserted any legitimate defense.  The Court is respectfully

2   requested to order the Clerk to enter default against Mr. Bryan under Rule 55(a).

3                                       RICHARD E. ZUCKERMAN
4                                       Principal Deputy Assistant Attorney General

5   Dated: March 29, 2018         /s/ G. Patrick Jennings
                                       G. PATRICK JENNINGS
6                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16405042.1

1   RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General
2

3   G. PATRICK JENNINGS
    Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683
    Ben Franklin Station
5   Washington, D.C. 20044-0683
    Telephone: (202) 307-6648
6   Email: guy.p.jennings@usdoj.gov

7   McGREGOR W. SCOTT
    United States Attorney
8   Eastern District of California
    *Of Counsel*

9

10          IN THE UNITED STATES DISTRICT COURT

11        FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   United States of America,        | Civil No. 1:18-cv-00424-JAM-DB

14              Plaintiff,   | **DECLARATION OF G. PATRICK JENNINGS**

15   v.                  | **IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**

16   Mark Linn Bryan,

17              Defendant.   | Date:   May 18, 2018
                              | Time:   10:00 a.m.
18                                   | Room:   Courtroom 27, 8th floor
                                  | Judge:   Hon. Deborah Barnes

19

20      I, G. Patrick Jennings declare and state:

21    1. I am a trial attorney for the United States Department of Justice, Tax Division,

22     Civil Trial Section, Western.  I am assigned as the trial attorney for the United

23     States in the above-captioned case.

24

25    2. On March 7, 2018, the United States filed a Return of Service executed on Mark

26     Linn Bryan showing that Mark Linn Bryan was personally served with a copy of

27     the Summons and Complaint on March 2, 2018. (Docket No. 9)

28

-1-

*RETURNED FOR CAUSE*
*CASE CLOSED - DOCKET #15*

3. Attached hereto are true and correct copies of the following documents:

      A.     Redacted § 7401 Suit Authorization Letter

      B.     Order re: Motion to Enforce Judgment

      C.     Status Report Pursuant to Servicemembers Civil Relief Act

4. On March 7, 2018, the United States filed a Return of Service executed on Mark Linn Bryan showing that Mark Linn Bryan was personally served with a copy of the Summons and Complaint on March 2, 2018. (Docket No. 9)

5. Mark Linn Bryan has not appeared to defend this action by filing an answer or filing a legitimate motion under Rule 12 of the Federal Rules of Civil Procedure.

6. Mark Linn Bryan is not an infant, incompetent person, or person in the military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501.  See Ex. C, which I generated by inserting Mr. Bryan's social security number and name into the official website at https://scra.dmdc.osd.mil/scra/#/single-record showing that Mr. Bryan is not a member of a military service component.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2018        /s/ G. Patrick Jennings
                            G. PATRICK JENNINGS
                            Trial Attorney, Tax Division
                            U.S. Department of Justice

16405030.1

# Motions

2:18-cv-00424-JAM-DB United States v. Bryan

CIVIL

U.S. District Court

Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered by Jennings, Guy on 3/29/2018 at 8:08 AM PDT and filed on 3/29/2018

**Case Name:**　　　United States v. Bryan
**Case Number:**　　2:18-cv-00424-JAM-DB
**Filer:**　　　　　United States of America
**Document Number:** 13

**Docket Text:**
**MOTION Entry of Default by United States of America. Motion Hearing set for 5/18/2018 at 10:00 AM in Courtroom 27 (DB) before Magistrate Judge Deborah Barnes. (Attachments: # (1) Memorandum, # (2) Declaration, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Proposed Order, # (7) Proof of Service) (Jennings, Guy)**

**2:18-cv-00424-JAM-DB Notice has been electronically mailed to:**

Guy Patrick Jennings　　　guy.p.jennings@usdoj.gov, western.taxcivil@usdoj.gov

**2:18-cv-00424-JAM-DB Electronically filed documents must be served conventionally by the filer to:**

Mark Linn Bryan
PO Box 240
Victor, CA 95253

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2018] [FileNumber=9293681-0
] [175674c5c10d321146973023543d8addaa71cc5c466a5d283d58f95a3ae9207baf0
789fed1ee937da3974bedc60960b8c43004c36c7f1e99c5bf3c3c84f2d60b]]

**Document description:**Memorandum

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2018] [FileNumber=9293681-1
] [88e64ac04e2aa91206df9967e817603976b8d1297db75376ce8952940d13674b21c
93c405a5793b893ad79eb0d264f9f24a58a5da6a0a32b5cf46a07b5a50e9e]]

**Document description:**Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2018] [FileNumber=9293681-2
] [24082b423ddf1072dafcaef315b1a02e9e4b32fe15e5b24a9b82bcb1269970dad2a
503da2a5a8683031bd8f7091177a3a9c5c8bfdb750db6b4a3aa27f5cc6c56]]

**Document description:**Exhibit A

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2018] [FileNumber=9293681-3
] [5e666b752d8a087e44846c4a197f8f87b4b7326147e431e6bbe14be4d6f45b6cacc
757ccd84362c8299abdbcbe1329c4374cc48e2b2b65d1b2a2e4090d89505a]]

**Document description:**Exhibit B

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2018] [FileNumber=9293681-4
] [0b084087223a6a05556075e7e415ec6a876d570081e6779d0ec5330d58688f229ec
363 0c40cfbb714b67c7884d35a5c60d834644294550628cd4d91d39e1822f]]

**Document description:**Exhibit C

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2018] [FileNumber=9293681-5
] [b1555e532adac675bb09fdc3f714cb2ac266e806dd2e037aa25150ec894ab4d00d5
718608ff270770d866c549fda4ac24db5abbf2117a96d0d22c55192fbc97f]]

**Document description:**Proposed Order

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2018] [FileNumber=9293681-6
] [6d63800f5f5b86a48b9e3edb2acebaf24b21f5eda2db0fbb1fbc20d50f0f53349ac
bcf63217ea3f7e0d18530f1aee85fdd40909b0e5640e57ba45bd484a589f2]]

**Document description:**Proof of Service

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1064943537 [Date=3/29/2018] [FileNumber=9293681-7
] [66ac13e4f44827cc5cb556ab1a0217595cbf4fcd125f2933f7318917cdb34e15dee
c8618c48af7f2bd53fcef2cb1bd75d9e125c87976fc46f585fa94c8639ae6]]

1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone: (202) 307-6648
6  Email: guy.p.jennings@usdoj.gov

7  McGREGOR W. SCOTT
   United States Attorney
8  Eastern District of California
   Of Counsel

9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  United States of America,
                                            Civil No. 1:18-cv-00424-JAM-DB (PS)
14               Plaintiff,

15  v.

16  Mark Linn Bryan,                        **CERTIFICATE OF SERVICE**

17               Defendant.

18

19

20         IT IS HEREBY CERTIFIED that service of the foregoing

21     1. **UNITED STATES' NOTICE OF MOTION AND MOTION FOR ENTRY OF
          DEFAULT**
22
23     2. **UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN
          SUPPORT OF MOTION FOR ENTRY OF DEFAULT**
24
25     3. **DECLARATION OF G. PATRICK JENNINGS IN SUPPORT OF MOTION
          FOR ENTRY OF DEFAULT**

26     4. **[proposed] ORDER**

27     5. **CERTIFICATE OF SERVICE**

28

                                      -1-

16405078.1

1    has been made this 29th day of March, 2018,

2    **by U.S. Mail to:**

3

4    Mark Linn Bryan               Defendant
     P.O. BOX 240
5    Victor, CA 95240

6

7

8                     */s/ G. Patrick Jennings*
                    G. PATRICK JENNINGS

16405078.1