From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California

To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

**FILED**
APR 2 6 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

AND

MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

Reference
Case No: 2:18-CV-00424-JAM-DB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

dated April 19, 2018

**NOTICE of Return of Court Document
and
Return of amended JOINT SCHEDULING STATEMENT**

I, Mark Linn Bryan, Citizen of California Republic and a man of sound mind of the age of accountability hereinafter I, me or my, declare the following facts to be true, correct, complete, and not misleading under my full commercial liability. I became aware of the following court document on April 16, 2018 which is returned for cause:

1. JOINT SCHEDULING STATEMENT (Amended)

The above was emailed to me by G. PATRICK JENNINGS on 04/18/2018.

For the Record: EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I am competent to handle my own commercial affairs. I am, however, not trained in the law or the procedures of law, nor have I been able, as of this date, to retain <u>competent</u> assistance of counsel to advise me in this matter.

NOTICE: Plaintiff has defaulted on the jurisdictional challenge at Docket No. 8 with intent (see Memorandum at Docket No. 13). A Notice of Default at Docket No. 12 went unchallenged. Due to Plaintiff's non-response, I entered CASE DISMISSED WITH PREJUDICE-CASE CLOSED 032918 on the record at Docket No. 15. Plaintiff fails to identify any defect in my process found at Docket # 8, 12 and 15. Due to Plaintiff's default plaintiff has tacitly admitted the facts of its jurisdictional failings.

Since Plaintiff has not objected to my claim of subrogation on the bond(s) for Case No: 2:18-CV-00424-JAM-DB, I exercise my right of subrogation on said bond(s) and DEMAND that the Clerk set off all charges and close all related issues.

April 19, 2018
_____
Mark Linn Bryan

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

(1) Return of Court Documents
(2) Original documents:

    1. NOTICE of Return of Court Document and Return of amended JOINT SCHEDULING STATEMENT
    2. Return of unaccepted JOINT SCHEDULING STATEMENT (amended)

to:   MARIANNE MATHERLEY, clerk    Certified Mail # 7017 2620 0001 1186 3854
      United States District Court
      Eastern District of California
      501 "I" Street,
      Sacramento, CA 95814

and copies of the above documents 1 and 2, by First Class Mail to:

    G. PATRICK JENNINGS, Trial Attorney
    United States Department of Justice
    P.O. Box 683, Ben Franklin Station

Washington, DC 20044-0683
and

McGREGOR W SCOTT
United States Attorney
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

by causing all of the above be placed into the US Postal System, addressed to the above person(s)/entity.

_____     Dated: April 19, 2018
Kraig Patterson

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

[Handwritten across page: "I DO NOT ACCEPT THIS OFFER / I DO NOT CONSENT TO ANY FURTHER PROCEEDINGS / CASE DISMISSED Docket #15   04-19-2018   by: [signature]"]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Mark Linn Bryan,<br><br>        Defendant. | Civil No. 1:18-cv-00424-JAM-DB (PS)<br><br>**JOINT SCHEDULING STATEMENT** |

The United States and defendant Mark L. Bryan hereby submit this Joint Scheduling Statement.

**1.      Brief Summary of Claims**

This is a civil action brought by the United States to reduce to judgment federal tax assessments against defendant Mark L. Bryan in the amount of $164,788.26 for the taxable years ending December 31, 2004, through December 31, 2007.

-1-

## 2. Service of Process

Service of process is complete. The taxpayer Mark L. Bryan was personally served with a summons and complaint on March 2, 2018. Mr. Bryan has not filed an answer to the complaint and has not filed a motion permitted by the Federal Rules of Civil Procedure.

## 3. Joinder of Parties

The parties do not anticipate joining any additional parties.

## 4. Amendment of Pleadings

The United States does not anticipate any amendment at this time.

## 5. Jurisdiction and Venue

This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1340 and 1345, and pursuant to §§ 7402 and 7403 of the Internal Revenue Code (26 U.S.C.). Venue is proper in the Eastern District of California under 28 U.S.C. §§ 1391(b) and 1396 because the tax assessments against the taxpayer at issue accrued within this judicial district and the taxpayer resides within this judicial district, in Victor, California.

## 6. Proposed Discovery Plan – Rule 26(f)

A. Counsel for the United States conferred with Mark L. Bryan by telephone on April 16, 2018. Counsel proposed a joint scheduling statement conferred regarding a discovery plan.

B. The only subject for discovery is whether the taxpayer is liable for the tax assessments at issue.

C. Counsel for the United States will voluntarily produce non-privileged portions of the IRS administrative file pertaining to this case.

D. The parties do not anticipate any contested assertions of privilege at this time, but are not barred from doing so.

E. The parties do not request any changes in the discovery limits in the Federal Rules of Civil Procedure at this time.

F. The parties request the following schedule.

7. **Proposed Discovery Schedule**

| | |
|---|---|
| May 31, 2018 | Discovery period commences. |
| May 31, 2018 | Produce initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure. |
| September 1, 2018 | Disclosure of expert witnesses as provided by Rule 26(a)(2). |
| October 1, 2018 | Produce report by any expert witness. |
| November 15, 2018 | Disclosure of any rebuttal expert witness. |
| December 15, 2018 | Produce report of any rebuttal expert witness. |
| January 15, 2019 | Completion of discovery, including the hearing of any discovery motions. |
| February 28, 2019 | Deadline for dispositive motions to be filed. |
| April ____, 2019 | Pre-Trial Conference. |
| June ____, 2019 | Trial. |

8. **Special Procedures**

There are no special procedures that are necessary or expected at this time.

9. **Trial Length Estimate**

The parties estimate 2 days for trial.   Counsel for the United States believes that this matter is likely to be entirely resolved by dispositive motion.

16459189.1

10. **Related Cases**

This case is slightly related to *United States v. Mark L. Bryan*, Civil No. CIV-2:04-cv-2363 WBS JFM (USDC E.D. Cal.), in which the Court enjoined Mr. Bryan from filing false liens to harass IRS agents.

                                           RICHARD E. ZUCKERMAN
                                           Principal Deputy Assistant Attorney General

Dated: April ____, 2018

                                           _____
                                           G. PATRICK JENNINGS
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice

Date: April ____, 2018

                                           _____
                                           MARK L. BRYAN
                                           P.O. BOX 240
                                           Victor, CA 95240
                                           (209) 747-9444