From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California

To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

FILED
MAY 03 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

AND

MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

Reference
Case No: 2:18-CV-00424-JAM-DB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

dated Apri30, 2018

**NOTICE of Return of Court Documents**
**and**
**Return of UNITED STATES' SCHEDULING STATEMENT**

I, Mark Linn Bryan, Citizen of California Republic and a man of sound mind of the age of accountability hereinafter I, me or my, declare the following facts to be true, correct, complete, and not misleading under my full commercial liability. I became aware of the following court document on April 30, 2018 which is returned for cause:

1. UNITED STATES' SCHEDULING STATEMENT

The above referenced document was discovered on 04/30/2018.

For the Record: EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I am competent to handle my own commercial affairs. I am, however, not trained in the law or the procedures of law, nor have I been able, as of this date, to retain competent assistance of counsel to advise me in this matter.

Counsel for Plaintiff has acknowledged receipt of Docket No. 8 wherein all jurisdictional questions are addressed and can only be considered as a jurisdictional challenge. The returned Document No. 19 is clearly marked "I do not accept this offer-I do not consent to any further proceedings per Docket No. 15."

NOTICE: Plaintiff has defaulted on the jurisdictional challenge at Docket No. 8 with intent (see Memorandum at Docket No. 13). Plaintiff had ample opportunity to respond. A Notice of Default at Docket No. 12 went unchallenged. Due to Plaintiff's non-response, I entered CASE DISMISSED WITH PREJUDICE-CASE CLOSED 032918 on the record at Docket No. 15. Plaintiff fails to identify any defect in my process found at Docket # 8, 12 and 15. Due to Plaintiff's default plaintiff has tacitly admitted the **facts** of its jurisdictional failings, both in personam and subject matter. These are the only facts on the record before the court. The one alleging jurisdiction must **prove** jurisdiction (as it applies to me) if jurisdiction is challenged---not by the court.

Counsel for Plaintiff attempts to proceed absent jurisdiction **proven** on the record. Statements of counsel are insufficient as proof. Any demand or order issued without jurisdiction is VOID.

Since Plaintiff has not objected to my claim of subrogation on the bond(s) for Case No: 2:18-CV-00424-JAM-DB and/or Case No: 1:18-cv-00238-DAD-SAB, I exercise my right of subrogation on said bond(s) and DEMAND that the Clerk set off all charges and close all related issues.

April 30, 2018

Mark Linn Bryan

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

(1) Return of Court Documents
(2) Original documents:

1. NOTICE of Return of Court Documents and
2. Return of unaccepted UNITED STATES' SCHEDULING STATEMENT and related documents.

to: MARIANNE MATHERLEY, clerk
United States District Court
Eastern District of California
501 "I" Street,
Sacramento, CA 95814

Certified Mail # 7017 2620 0001 1186 3861

and copies of the above documents 1 and 2, by First Class Mail to:

G. PATRICK JENNINGS, Trial Attorney
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
and

McGREGOR W SCOTT
United States Attorney
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

by causing all of the above be placed into the US Postal System, addressed to the above person(s)/entity.

____________________
Kraig Patterson

Dated: May 01, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

I DO NOT ACCEPT THIS OFFER
I DO NOT CONSENT TO ANY FURTHER PROCEEDINGS PER DOCKET NO. 15
4-30-2018

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Mark Linn Bryan,<br>Defendant. | Civil No. 1:18-cv-00424-JAM-DB (PS)<br><br>**UNITED STATES' SCHEDULING STATEMENT** |

The United States submits this Scheduling Statement. Counsel for the United States provided a draft Joint Scheduling Statement to defendant Mark L. Bryan and conferred with him by telephone, but his only response was to deface the document and file it with the Court with his comments. See Docket No. 18. Because the defendant will not participate in the preparation of a joint statement, the United States files a separate statement here. The defendant has filed a number of documents with the Court (Docket No. 8, 11, 12, 15, 16, 17, 18) which have no basis in fact or law.



16490979.1

**1. Brief Summary of Claims**

This is a civil action brought by the United States to reduce to judgment federal tax assessments against defendant Mark L. Bryan in the amount of $164,788.26 for the taxable years ending December 31, 2004, through December 31, 2007.

**2. Service of Process**

Service of process is complete. The taxpayer Mark L. Bryan was personally served with a summons and complaint on March 2, 2018. Mr. Bryan has not filed an answer to the complaint and has not filed a motion permitted by the Federal Rules of Civil Procedure. The United States filed a request for entry of default, but the Clerk has not acted. The United States has also filed a motion for entry of default, set for hearing on May 18, 2018, with Magistrate Judge Barnes, per Local Rule 302(c)(21) (civil pretrial motions from self-represented parties assigned to Magistrate Judge).

3. **Joinder of Parties**

The United States does not anticipate joining any additional parties.

4. **Amendment of Pleadings**

The United States does not anticipate any amendment at this time.

5. **Jurisdiction and Venue**

This Court has jurisdiction over this action pursuant to 28 U.S.C. §§1340 and 1345, and pursuant to §§ 7402 and 7403 of the Internal Revenue Code (26 U.S.C.). Venue is proper in the Eastern District of California under 28 U.S.C. §§ 1391(b) and 1396 because the tax assessments against the taxpayer at issue accrued within this judicial district and the taxpayer resides within this judicial district, in Victor, California.

6. **Proposed Discovery Plan – Rule 26(f)**

A. Counsel for the United States conferred with Mark L. Bryan by telephone on April 16, 2018. Counsel proposed a joint scheduling statement regarding a discovery plan. Mr. Bryan did not respond to the proposed statement.

B. The only subject for discovery is whether the taxpayer is liable for the tax assessments at issue.

C. Counsel for the United States will voluntarily produce non-privileged portions of the IRS administrative file pertaining to this case.

D. The United States does not anticipate any contested assertions of privilege at this time, but is not barred from doing so.

E. The United States does not request any changes in the discovery limits in the Federal Rules of Civil Procedure at this time.

F. The United States requests the following schedule.

7. **Proposed Discovery Schedule**

| | |
|---|---|
| May 31, 2018 | Discovery period commences. |
| May 31, 2018 | Produce initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure. |
| September 1, 2018 | Disclosure of expert witnesses as provided by Rule 26(a)(2). |
| October 1, 2018 | Produce report by any expert witness. |
| November 15, 2018 | Disclosure of any rebuttal expert witness. |
| December 15, 2018 | Produce report of any rebuttal expert witness. |
| January 15, 2019 | Completion of discovery, including the hearing of any discovery motions. |
| February 28, 2019 | Deadline for dispositive motions to be filed. |
| April ____, 2019 | Pre-Trial Conference. |
| June ____, 2019 | Trial. |

8. **Special Procedures**

There are no special procedures that are necessary or expected at this time.

9. **Trial Length Estimate**

Counsel for the United States estimates 2 days for trial.   Counsel for the United States believes that this matter is very likely to be entirely resolved by dispositive motion.

10. **Related Cases**

This case is slightly related to *United States v. Mark L. Bryan*, Civil No.  CIV-2:04-cv-2363 WBS JFM  (USDC E.D. Cal.), in which the Court enjoined Mr. Bryan from filing false liens to harass IRS agents.

                                          RICHARD E. ZUCKERMAN
                                          Principal Deputy Assistant Attorney General

Dated: April 25, 2018          *G. Patrick Jennings*
                                          G. PATRICK JENNINGS
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice

# Other Documents

2:18-cv-00424-JAM-DB United States v. Bryan

CIVIL

**U.S. District Court**

**Eastern District of California - Live System**

## Notice of Electronic Filing

The following transaction was entered by Jennings, Guy on 4/25/2018 at 10:35 AM PDT and filed on 4/25/2018

**Case Name:** United States v. Bryan
**Case Number:** 2:18-cv-00424-JAM-DB
**Filer:** United States of America
**Document Number:** 19

**Docket Text:**
**SCHEDULING REPORT by United States of America. (Attachments: # (1) Proof of Service)(Jennings, Guy)**

**2:18-cv-00424-JAM-DB Notice has been electronically mailed to:**

Guy Patrick Jennings guy.p.jennings@usdoj.gov, western.taxcivil@usdoj.gov

**2:18-cv-00424-JAM-DB Electronically filed documents must be served conventionally by the filer to:**

Mark Linn Bryan
PO Box 240
Victor, CA 95253

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=4/25/2018] [FileNumber=9343043-0
] [0f5581e923977c3141679fda4c918bf531de613d7a16b10269d08c84ecf2ec62fa7

050adb0d3b2ecb4883000a8accbe5961079d9c98beb5670a49963c33825fa]]
**Document description:**Proof of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=4/25/2018] [FileNumber=9343043-1
] [171e5ac028ee7ce0797a1b289c87e703c6a07d5ed4b09f1334eb1658e420fd85b68
4ddba48970dc27ce1103907f098c26e9a7e1152cc13bdcd2e48b563d12a15]]

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

Plaintiff,

v.

Mark Linn Bryan,

Defendant.

Civil No. 1:18-cv-00424-JAM-DB (PS)

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing

1. **UNITED STATES' SCHEDULING STATEMENT**
2. **CERTIFICATE OF SERVICE**

has been made this 25th day of April, 2018,

**by U.S. Mail to:**

| | |
|---|---|
| Mark Linn Bryan<br>P.O. BOX 240<br>Victor, CA 95240<br>(209) 747-9444 | Defendant |

*_/s/ G. Patrick Jennings_*
G. PATRICK JENNINGS