RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mark Linn Bryan,<br><br>　　　　Defendant. | Civil No. 1:18-cv-00424-JAM-DB<br><br>**UNITED STATES' WITHDRAWAL OF MOTION FOR ENTRY OF DEFAULT AGAINST MARK LINN BRYAN** |

In light of the entry of default by the Clerk, the United States hereby withdraws its motion for entry of default (Docket No. 13). The hearing on May 18, 2018, is off calendar and no appearance will be necessary.

　　　　　　　　　　　　　　　　　RICHARD E. ZUCKERMAN
　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

Dated: May 15, 2018　　　　*/s/ G. Patrick Jennings*
　　　　　　　　　　　　　　　　　G. PATRICK JENNINGS
　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　U.S. Department of Justice

-1-

16552796.1