From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California
Petitioner

FILED
MAY 16 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

To: MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

AND

G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814
Respondents

Reference
Case No: 2:18-CV-00424-JAM-DB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**PRAECIPE TO COURT CLERK MARIANNE MATHERLEY**

Dear Ms. Matherley:

You have entered into the record, CLERKS CERTIFICATE OF ENTRY OF DEFAULT, signed by J. Donati, Deputy Clerk, dated and filed on May 08, 2018, Document #22, purportedly in accordance with Rule 55(b) of the Federal Rules of Civil Procedure under the authority of MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, Hereinafter "you".

Your maintenance of the docket and the entry of the CLERKS CERTIFICATE OF ENTRY OF DEFAULT appears to be irregular and may contain errors.

Petitioner commands you to answer the following questions so that we may determine whether or not you are acting within the law and/or whether or not our commands have been

proper. It is necessary to determine whether or not there are controversies of law or of fact remaining between us in the event that further litigation may be necessary.

I do not waive the requirement for Plaintiff to prove jurisdiction of the court on the record when challenged. I do not consent to the Clerk of the court or the Judge relieving Plaintiff of the burden of proving jurisdiction when challenged.

I am issuing you this praecipe which commands you to immediately provide me with answers to the following questions so that I might determine whether or not you are acting with the law and/or whether or not my command is proper, and to provide the basis of determining those issues of controversy of law or of fact for further litigation if necessary. If your answers are different from the ones indicated, please support your position with evidence.

1. Have you taken your oath of office as required by the Constitution for the united States of America? If no other answer is given, the answer is Yes.

2. Are you personally responsible for the acts of the Deputies and clerks under your supervision? If no other answer is given, the answer is Yes

3. Does your office have a bond in place to indemnify me against any errors or omissions you might make that cause me an injury in the performance of your office? If no other answer is given, the answer is Yes.

4. Do you have a personal bond in place to indemnify me against any errors or omissions you might make that cause me an injury in the performance of your office that is not covered by your office bond? If no other answer is given, the answer is Yes.

5. Do you have any bond in place to indemnify me against any errors or omission you might make for acts committed by you outside of your scope of office? If no other answer is given, the answer is No.

6. If it is found that you purposely, negligently or maliciously used your office to injure me, does that allow me to make a claim against your bonds? If no other answer is given, the answer is Yes.

7. Are you bound by the Rules of Court as contained in the Federal Rules of Civil Procedure, hereinafter FRCP? If no other answer is given, the answer is Yes.

8. Are you claiming that the Federal Rules of Civil Procedure apply to me if the jurisdiction of this court cannot be proven on the record? If no other answer is given, the answer is No.

9. Did Petitioner, in a document filed as Docket #8 on March 06, 2018, grant you limited authority to maintain a record of the negotiations in the above referenced case in a Court of Record? If no other answer is given, the answer is Yes.

10. Are you bound by my command to (1) file all documents submitted to you on demand, and (2) to make a public record of the private negotiations between Petitioners and Respondents? If no other answer is given, the answer is Yes.

11. Have you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, performed as instructed, for all documents filed by Petitioner into this Court of Record since granted to authority to do so? If no other answer is given, the answer is Yes.

12. Are you required to enter all filings and other documents received by you in the order received? If no other answer is given, the answer is Yes.

13. Are you required to enter all filings and other documents received by you on the day received? If no other answer is given, the answer is Yes.

14. Does the record show that documents from Petitioner was filed in the record of the Court on March 06, 2018, March 11, 2018, March 26, 2018 and March 30, 2018, as Docket Nos. 8, 11, 12, and 15? If no other answer is given, the answer is Yes.

15. Did you receive the document entitled, CASE DISMISSED WITH PREJUDICE CASE CLOSED, Docket #15, on March 30, 2018? If no other answer is given, the answer is Yes.

16. Did you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California properly enter the document entitled CASE DISMISSED WITH PREJUDICE CASE CLOSED, docket #15 on March 30, 2018? If no other answer is given, the answer is No.

17. Does the record show that Notice of Erroneous Presentment, Docket No. 8, was not answered? If no other answer is given, the answer is Yes.

18. Does the record show that Notice of Return of Erroneous Documents, Docket No. 11, was not answered? If no other answer is given, the answer is Yes.

19. Is it true that Jurisdiction may be challenged at any time? If no other answer is given, the answer is Yes.

20. Does "any time" include prior to making an appearance? If no other answer is given, the answer is Yes.

21. Does the record show that you caused a CLERKS CERTIFICATE OF ENTRY OF DEFAULT to be created, filed as Document #22 on May 08, 2018? If no other answer is given, the answer is Yes.

22. Are you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California making a legal determination to relieve the Plaintiff or its counsel of their obligation to prove jurisdiction on the record? If no other answer is given the answer is Yes.

23. Does the record show that Notice of Non-response and Default with Stipulated Judgments, Docket No. 12, is evidence of jurisdictional controversy? If no other answer is given, the answer is Yes.

24. Do Docket Nos. 8, 11, 12, and 15 constitute an unresolved controversy about jurisdiction? If no other answer is given, the answer is Yes.

25. Does Respondent's Memorandum found at Docket No. 13 contain evidence of Plaintiff's counsel's intent not to answer? If no other answer is given, the answer is Yes.

26. Is it required that the Respondent/Plaintiff prove jurisdiction over Respondent if challenged? If no other answer is given, the answer is Yes.

27. Do Docket Nos. 8, 11, 12, and 15 constitute a challenge to jurisdiction? If no other answer is given, the answer is Yes.

28. If "EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY", are you, clerk of court, presuming that the counsel for Plaintiff is more equal than this Petitioner? If no other answer is given, the answer is Yes.

29. Does FRCP 55(c) state that "The court may set aside an entry of default for good cause, and it may set aside a final default judgment under Rule 60(b)"? If no other answer is given, the answer is Yes.

30. Does an unanswered challenge to jurisdiction qualify as a good cause to set aside an entry of default? If no other answer is given, the answer is Yes.

31. Does FRCP 55(a) state that the clerk can enter a default if the party against whom a judgment for affirmative relief is sought when the party has failed to plead or otherwise defend (or prosecute)? If no other answer is given, the answer is Yes.

32. Did you neglect or fail to enter a Clerk's Default when Respondents defaulted at Docket Nos. 12 and 15? If no other answer is given, the answer is Yes.

33. Is the administrative record contained in the Court of Record, sufficient to qualify as Petitioner's legitimate attempt to "otherwise defend"? If no other answer is given, the answer is Yes.

34. If Petitioner has filed documents challenging jurisdiction into the record does the clerk have the authority to certify that Petitioner has defaulted in the case? If no other answer is given, the answer is No.

35. Is certifying to a fact that is not true a duty of the clerk of a federal district court? If no other answer is given, the answer is No.

36. If the clerk of a federal district court certifies that a default exists, when in fact it does not, could that act be considered contempt of court, or even perjury on the part of the clerk? If no other answer is given, the answer is Yes.

37. Can you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, swear under oath that Petitioner has defaulted in this case? If no other answer is given, the answer is No.

38. Can you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, swear under oath that Petitioner has not challenged jurisdiction by way of asking jurisdictional questions on the record at Docket Nos. 8, 11, 12, and 15? If no other answer is given, the answer is No.

39. Did you assert that the Petitioner's failure to respond to the Amended complaint was the basis for the CLERKS CERTIFICATE OF ENTRY OF DEFAULT, Docket #22, If no other answer is given, the answer is Yes.

40. Did you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, give false witness? If no other answer is given, the answer is Yes.

41. Are there penalties for giving false witness in a federal court? If no other answer is given, the answer is Yes.

42. Did Petitioner dismiss this case with prejudice and close the case on March 30, 2018 with the consent of all parties due to Plaintiff's default? If no other answer is given, the answer is Yes.

43. Did you file the document which dismissed the case with prejudice and closed the case in the record of the Court on April 02, 2018, Docket #15 though improperly labeled? If no other answer is given, the answer is Yes.

44. Did the Respondents timely object to the dismissal of the case with prejudice, Docket #15? If no other answer is given, the answer is No.

45. Did Petitioner, on March 22, 2017, give NOTICE OF NON-RESPONSE AND DEFAULT, WITH STIPULATED JUDGMENTS with proof of service to Respondents? If no other answer is given, the answer is Yes.

46. Did Respondents timely object to the NOTICE OF NON-RESPONSE AND DEFAULT, WITH STIPULATED JUDGMENTS? If no other answer is given, the answer is No.

47. Does the record show that Respondents have agreed for the second time that (1) the Petitioner has no legal duty or obligation to "answer" your complaint in your selected forum, (2) the Plaintiff has no standing to sue, (3) the judgments stipulated to in the Notices are valid, (4) the case is dismissed (4) any judgment rendered by a magistrate or judge of the United States District Court, without my consent, is void. If no other answer is given, the answer is Yes.

48. Do you agree that entering CLERK'S CERTIFICATE OF ENTRY OF DEFAULT on the Docket record #22 while failing to recognize my jurisdictional challenge at Docket Nos. 8 and 11 rises to the level of obstruction of justice without cause? If no other answer is given the answer is Yes.

49. When noticed of errors/false witness, is it the duty of MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, to withdraw/strike the CLERKS CERTIFICATE OF ENTRY OF DEFAULT, Docket # 22? If no other answer is given the answer is Yes.

50. Are you engaged in a conflict of interest by entering CLERK'S CERTIFICATE OF ENTRY OF DEFAULT thereby giving preferential treatment to the Plaintiff/ Respondent, your ultimate employer? If no other answer is given the answer is Yes.

51. Would MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California failure to answer or perform her duty as required by this Praecipe constitute her permission to file an action for removal from office under Quo-Warranto? If no other answer is given the answer is Yes.

I give you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, three days from the time of service to (1) withdraw/strike the CLERKS CERTIFICATE OF ENTRY OF DEFAULT, Docket # 22, or (2) answer the above questions, or (3) provide a lawful reason for not performing (1) or (2) or (4); request an extension of time to answer, for cause, providing a date certain upon which you will answer. Otherwise it shall be deemed that the answers to the question are approved by you and not subject to future challenge.

MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, will file this Praecipe into the record "On Demand".

I give you three days from time of service of this Praecipe to (1) send me the requested information, or (2) to answer these questions, or 3) provide a lawful reason for not performing (1) or (2) or (4) request an extension of time to answer, for cause, providing a date certain upon which you will answer. Otherwise it shall be deemed that the answers to the questions are approved by you and not subject to future challenge.

Your CLERK'S CERTIFICATE OF ENTRY OF DEFAULT is herein returned clearly marked "ERRONEOUS".

By: _______________ May 14, 2018
Mark-Linn: Bryan
a man and Citizen of California republic

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

(1) Praecipe to MARIANNE MATHERLEY, clerk
(2) Original of CLERK'S CERTIFICATE OF ENTRY OF DEFAULT marked ERRONEOUS.

to: MARIANNE MATHERLEY, clerk
United States District Court
Eastern District of California
501 "I" Street,
Sacramento, CA 95814

Certified Mail # 7017 2620 0001 1186 3915

McGREGOR W SCOTT
United States Attorney
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and copies by First Class Mail to:

G. PATRICK JENNINGS, Trial Attorney
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044 0683

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

by causing all of the above be placed into the US Postal System, addressed to the above person(s)/entity.

____________________
Kraig Patterson

Dated: May 14, 2018

Mark Linn Bryan
PO Box 240
Victor, CA 95253

---

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

MARK LINN BRYAN,

ERRONEOUS

CLERKS CERTIFICATE OF ENTRY OF DEFAULT

2:18-CV-00424-JAM-DB

TO ALL COUNSEL:

By application of Plaintiff and it appearing that the defendant having been duly served with process as appears from the record and papers on file herein; and having failed to appear, plead or answer Plaintiff's complaint within the time allowed by law; the default of the following Defendant(s) is/are hereby entered:

Mark Linn Bryan

Counsel is/are referred to Rule 55(b), of the Federal Rules of Civil Procedure, and Local Rules 302(c)(19) and 230. If there is more then one defendant in this case, counsel are further referred to Fed. R. Civ. P. 54(b).




IN TESTIMONY WHERE OF, I have hereunto subscribed my name and affixed the seal of the United States District Court for the Eastern District of California, on May 8, 2018.

MARIANNE MATHERLY
CLERK OF COURT

By: /s/ J. Donati

Deputy Clerk

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain
Mark Linn Bryan
PO Box 240
Victor CA 95253
US
––Case Participants: Guy Patrick Jennings (guy.p.jennings@usdoj.gov, western.taxcivil@usdoj.gov), District Judge John A. Mendez (caed_cmecf_jam@caed.uscourts.gov), Magistrate Judge Deborah Barnes (caed_cmecf_db@caed.uscourts.gov)
––Non Case Participants:
––No Notice Sent:
Message–Id: Subject:Activity in Case 2:18–cv–00424–JAM–DB United States v. Bryan Clerk's Entry of Default. Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
******NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.***

*U.S. District Court*

*Eastern District of California – Live System*

## Notice of Electronic Filing

The following transaction was entered on 5/8/2018 at 10:23 AM PDT and filed on 5/8/2018

|  |  |
|---|---|
| *Case Name:* | United States v. Bryan |
| *Case Number:* | 2:18–cv–00424–JAM–DB |
| *Filer:* | Mark Linn Bryan |
| *Document Number:* | 22 |

*Docket Text:*
**CLERK'S ENTRY OF DEFAULT as to *Mark Linn Bryan* (Donati, J)**

**2:18–cv–00424–JAM–DB Notice has been electronically mailed to:**

Guy Patrick Jennings western.taxcivil@usdoj.gov, guy.p.jennings@usdoj.gov

**2:18–cv–00424–JAM–DB Electronically filed documents must be served conventionally by the filer to:**
Mark Linn Bryan
PO Box 240
Victor CA 95253
US