From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California
Petitioner

To: MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

**FILED**

MAY 23 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

AND

G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814
Respondents

Reference
Case No: 2:18-CV-00424-JAM-DB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## DEFAULT FOR PRAECIPE DOCKET 24 UNDISPUTED FACTS BY AFFIDAVIT

State of California
County of San Joaquin

As a result of non-response the to the praecipe received by MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, on May 15, 2018, a default exists whereby Petitioner/Affiant makes the following affidavit:

    I, Mark Bryan, hereinafter "Affiant", am of lawful age to contract and to testify and declare the following facts to be true, correct, complete and not misleading of my own certain knowledge and will testify in any administrative or other legal proceeding, under my full commercial liability.

1. MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, (hereinafter you, your) has admitted to taking the oath of office as required by the Constitution for the united States of America.

2. You have admitted that you are personally responsible for the acts of the Deputies and clerks under your supervision.

3. You have admitted that your office has a bond in place to indemnify me against any errors or omissions you might make that cause me an injury in the performance of your office.

4. You have admitted that you have a personal bond in place to indemnify me against any errors or omissions you might make that cause me an injury in the performance of your office that is not covered by your office bond.

5. You have admitted that you do not have any bond in place to indemnify me against any errors or omission you might make for acts committed by you outside of your scope of office.

6. You have admitted that if it is found that you purposely, negligently or maliciously used your office to injure me, that I am allowed to make a claim against your bonds.

7. You have admitted that you are bound by the Rules of Court as contained in the Federal Rules of Civil Procedure, hereinafter FRCP.

8. You have admitted that the Federal Rules of Civil Procedure do not apply to me if the jurisdiction of this court cannot be proven on the record.

9. You have admitted that Petitioner, in a document filed as Docket #8 on March 06, 2018, grants you limited authority to maintain a record of the negotiations in the above referenced case in a Court of Record.

10. You have admitted that you are bound by my command to (1) file all documents submitted to you on demand, and (2) to make a public record of the private negotiations between Petitioners and Respondents.

11. You have admitted that you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, have performed as instructed, for all documents filed by Petitioner into this Court of Record since granted to authority to do so.

12. You have admitted that you are required to enter all filings and other documents received by you in the order received.

13. You have admitted that you are required to enter all filings and other documents received by you on the day received.

14. The record shows that documents from Petitioner were filed in the record of the Court on March 06, 2018, March 11, 2018, March 26, 2018 and March 30, 2018, as Docket Nos. 8, 11, 12, and 15.

15. You have admitted that you received the document entitled, CASE DISMISSED WITH PREJUDICE CASE CLOSED, Docket #15, on March 30, 2018.

16. You have admitted that you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California did not properly enter the document entitled CASE DISMISSED WITH PREJUDICE CASE CLOSED, docket #15 on March 30, 2018.

17. The record shows that Notice of Erroneous Presentment, Docket No. 8, was not answered.

18. The record shows that Notice of Return of Erroneous Documents, Docket No. 11, was not answered.

19. You have admitted that it is true that Jurisdiction may be challenged at any time.

20. You have admitted that the term "any time" above includes prior to making an appearance.

21. The record shows that you caused a CLERKS CERTIFICATE OF ENTRY OF DEFAULT to be created, filed as Document #22 on May 08, 2018.

22. You have admitted that you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California are making a legal determination to relieve the Plaintiff or its counsel of their obligation to prove jurisdiction on the record.

23. You have admitted that the record shows that Notice of Non-response and Default with Stipulated Judgments, Docket No. 12, is evidence on the record of jurisdictional controversy.

24. You have admitted that Docket Nos. 8, 11, 12, and 15 constitute an unresolved controversy about jurisdiction.

25. You have admitted that Respondent's/Plaintiff's Memorandum found at Docket No. 13 contains evidence of Plaintiff's counsel's intent not to answer.

26. You have admitted that it is required that the Respondent/Plaintiff prove jurisdiction over Petitioner/Defendant if challenged.

27. You have admitted that Docket Nos. 8, 11, 12, and 15 constitute a challenge to jurisdiction.

28. You have admitted that since "EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY", you, the clerk of court, are presuming that the counsel for Plaintiff is more equal than me.

29. You have admitted that FRCP 55(c) states that "The court may set aside an entry of default for good cause, and it may set aside a final default judgment under Rule 60(b).

30. You have admitted that my unanswered challenge to jurisdiction qualifies as a good cause to set aside an entry of default.

31. You have admitted that FRCP 55(a) states that the clerk can enter a default if the party against whom a judgment for affirmative relief is sought when the party has failed to plead or otherwise defend (or prosecute).

32. You have admitted that you neglected or failed to enter a Clerk's Default when Respondents defaulted at Docket Nos. 12 and 15.

33. You have admitted that the administrative record, contained in the Court of Record, sufficiently qualifies as Petitioner's legitimate attempt to "otherwise defend".

34. You have admitted that since Petitioner has filed documents challenging jurisdiction into the record, the clerk does not have the authority to certify that Petitioners have defaulted in the case.

35. You have admitted that it is not the duty of the clerk of a federal district court to certify to a fact that is not true.

36. You have admitted that you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, have certified that a default exists, when in fact it does not, that certification act is considered contempt of court, or even perjury on the part of the clerk.

37. You have admitted that you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, cannot swear under oath that Petitioner has defaulted in this instant case.

38. You have admitted that you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, cannot swear under oath that Petitioner has not challenged jurisdiction by way of asking jurisdictional questions on the record at Docket Nos. 8, 11, 12, and 15.

39. You have admitted that you have asserted that the Petitioner's failure to respond to the Amended complaint was the basis for the CLERKS CERTIFICATE OF ENTRY OF DEFAULT, Docket #22.

40. You have admitted that you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, have given false witness on the record.

41. You have admitted that there are penalties for giving false witness in a federal court.

42. You have admitted that Petitioner has dismissed this case with prejudice and has closed the case on March 30, 2018 with the consent of all parties due to Plaintiff's default.

43. You have admitted that you filed the document which dismissed the case with prejudice and closed the case in the record of the Court on April 02, 2018, Docket #15, is improperly labeled.

44. You have admitted that the Respondent/Plaintiffs did not timely object to the dismissal of the case with prejudice, Docket No. 15.

45. You have admitted that Petitioner, on March 22, 2017, gave NOTICE OF NON-RESPONSE AND DEFAULT, WITH STIPULATED JUDGMENTS with proof of service to Respondents.

46. You have admitted that Respondents did not timely object to the NOTICE OF NON-RESPONSE AND DEFAULT, WITH STIPULATED JUDGMENTS.

47. You have admitted that the record shows that Respondents have agreed for the second time that (1) the Petitioner has no legal duty or obligation to "answer" your complaint in your selected forum, (2) the Plaintiff has no standing to sue, (3) the judgments stipulated to in the Notices are valid, (4) the case is dismissed and that any judgment rendered by a magistrate or judge of the United States District Court, without my consent, is void.

48. You have admitted and agree that entering CLERK'S CERTIFICATE OF ENTRY OF DEFAULT on the Docket record #22 while failing to recognize my jurisdictional challenge at Docket Nos. 8 and 11 rises to the level of obstruction of justice without cause.

49. You have admitted that it is the duty of MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, when noticed of errors/false witness, to withdraw/strike the CLERKS CERTIFICATE OF ENTRY OF DEFAULT, Docket # 22.

50. You have admitted that you are engaged in a conflict of interest by entering CLERK'S CERTIFICATE OF ENTRY OF DEFAULT thereby giving preferential treatment to the Plaintiff/ Respondent, your ultimate employer.

51. You have admitted that MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, has failed to answer or perform her duty as required by PRAECIPE TO COURT CLERK MARIANNE MATHERLEY, Docket No. 24, and constitutes your permission to file an action for removal from office under Quo-Warranto.

    I gave you, MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California, by Certified Mail # 7017 2620 0001 1186 3915, three days from the time of service to (1) withdraw/strike the CLERKS CERTIFICATE OF ENTRY OF DEFAULT, Docket # 22, or (2) answer the above questions, or (3) provide a lawful reason for not performing (1) or (2) or (4); request an extension of time to answer, for cause, providing a date certain upon which you will answer. Otherwise it is deemed that the answers to the question are approved by you and not subject to future challenge.

MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California has failed to respond in any way as of this date. It is now deemed that the answers to the questions above are approved by you and not subject to future challenge.

MARIANNE MATHERLEY, clerk of the United States District Court for the Eastern District of California will file this Praecipe into the record "On Demand".

You have accepted as "ERRONEOUS" the returned CLERK'S CERTIFICATE OF ENTRY OF DEFAULT.

Further Affiant Sayeth Naught.

By: _____                May 21, 2018
Mark-Linn: Bryan
a man and Citizen of California republic

### JURAT

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California

County of San Joaquin

**Subscribed and sworn to** (or affirmed) before me on this 21 day of May, 2018, by Mark Linn Bryan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)

S. LOZANO
Commission # 2140678
Notary Public - California
San Joaquin County
My Comm. Expires Feb 18, 2020

## CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

(1) DEFAULT FOR PRAECIPE DOCKET 24 UNDISPUTED FACTS BY AFFIDAVIT to MARIANNE MATHERLEY, clerk.

to:  MARIANNE MATHERLEY, clerk          Certified Mail # 7017 2620 0001 1186 3922
United States District Court
Eastern District of California
501 "I" Street,
Sacramento, CA 95814

McGREGOR W SCOTT
United States Attorney
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and copies by First Class Mail to:

G. PATRICK JENNINGS, Trial Attorney
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044 0683

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

by causing all of the above be placed into the US Postal System, addressed to the above person(s)/entity.

Dated: May 21, 2018

_____
Kraig Patterson