From: Mark-Linn: Bryan, a man and Citizen of California republic
c/o P.O. Box 240
Victor, California

To: Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544
AND
To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U,S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

To: McGREGOR W. SCOTT, United States Attorney
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

AND

To: MARIANNE MATHERLEY, clerk
United States District Court
Eastern District Of California
501 "I" Street,
Sacramento, 95814

Reference
Case No: 2:18-CV-00424-JAM-DB
(1:18-CV-00238)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**NOTICE OF CLAIM OF RIGHT OF SUBROGATION
FOR COURT BOND FOUND IN FUND WITH CUSIP: 315918516**

I, Mark Linn Bryan, Citizen of California Republic and a man of sound mind of the age of

accountability hereinafter I, me or my, declare the following facts to be true, correct, complete,

and not misleading under my full commercial liability.

The Court Administrator, G. Patrick Jennings, McGregor W. Scott, and Marianne Matherley are

hereinafter you or your.

I became aware of the following security, using my equity without my knowledge or permission.

> **MARK BRYAN (CC 1:18-CV-00238)**
> **Fidelity Advisor Biotechnology Fund**
> Symbol: FBTAX
> CUSIP: **315918516**
> Inception Date: 12/27/2000
> Net Assets: $2,559,000,000.00 as of 4/30/2018
> Portfolio Assets: $2,559,000,000.00 as of 4/30/2018

Since it appears that you are using my equity as surety for bonding Case No. 2:18-CV-00424-JAM-DB/1:18-CV-00238-DAD-SAB, I hereby exercise my right of subrogation on the above security. As an alleged defendant, it appears that I am being treated like a trustee of a constructive trust without ever being expressly informed of the nature of my presumed status. Are there tax records concerning the transfer of this security to Fidelity Advisor Biotechnology Fund or any other transfers?

I demand that the bond be brought forward and that the proceeds from said bond be used to set off and settle all charges concerning Case No. 2:18-CV-00424-JAM-DB/1:18-CV-00238-DAD-SAB. If you are subject to 18 USC 472 which bars you from talking about anything relating to the securities generated by these case numbers, then it would behoove you to dismiss this case with prejudice.

May 23, 2018

_____
Mark Linn Bryan

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

    1. NOTICE of CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND FOUND IN FUND WITH CUSIP: 315918516

to:    MARIANNE MATHERLEY, clerk    Certified Mail # 7017 2620 0001 1186 3939
United States District Court
Eastern District of California
501 "I" Street,
Sacramento, CA 95814

and copies of the above documents 1 and 2, by First Class Mail to:

Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

and

G. PATRICK JENNINGS, Trial Attorney
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683

and

McGREGOR W SCOTT
United States Attorney
United States Attorney's Office
501 "I" Street,
Sacramento, CA 95814

and by personal service to:

Mark Linn Bryan
P.O. Box 240
Victor, California

by causing all of the above be placed into the US Postal System, addressed to the above person(s)/entity.

_____    Dated: May 23, 2018
Kraig Patterson