RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Email: guy.p.jennings@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mark Linn Bryan,<br><br>　　　　　Defendant. | Civil No. 1:18-cv-00424-JAM-DB<br><br>**UNITED STATES' NOTICE OF DISMISSAL OF CASE** |

　　　The United States has been fully paid the tax, penalties, and interest owed by defendant Mark L. Bryan for the taxable years ending December 31, 2004, through and including December 31, 2007.   Accordingly, the United States hereby gives notice that this case is dismissed in its entirety.   This notice is effective without further order of the Court under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

16761137.1

The Clerk is respectfully requested to close this case.

RICHARD E. ZUCKERMAN  
Principal Deputy Assistant Attorney General

Dated: July 16, 2018  /s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

*U.S. Notice of Dismissal*  -2-

16761137.1